DEBTOR: **Phillip and Robin Booth**          CASE NO: 14-20598

**OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF MARYLAND
MONTHLY OPERATING REPORT
CHAPTER 11
INDIVIDUAL DEBTORS**

**Form 3
COVER SHEET AND QUESTIONNAIRE**

**For the Period:** 4/1/2015          to          4/30/2015

---

*THIS REPORT MUST BE FILED WITH THE COURT 20 DAYS AFTER THE END OF THE MONTH*
Debtor must attach each of the following reports / documents unless the U. S. Trustee has waived the requirement in writing.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| X | _____ | 1 Cash Flow Statement (Page 2) |
| X | _____ | 2 Cash Reconciliation(s) and Narrative (Page 3) |
| X | _____ | 3 Cash Receipts Detail (Page 4) |
| X | _____ | 4 Cash Disbursements Detail (Page 5) |
| X | _____ | 5 Receipts and Disbursements Recap Case to Date (Page 6) |
| X | _____ | 6 **Bank Statements for All Bank Accounts** (remember to redact all but last four digits of bank account number) |

| QUESTIONNAIRE | Yes | No |
|---|---|---|
| Please answer the questions below for the month being reported: | | |
| 1. Did you deposit all receipts into your DIP account this month? | X | |
| 2. Are all insurance policies current and in effect? | X | |
| 3. Have all taxes been timely filed and paid? | X | |
| 4. Did you pay all your bills on time this month? | X | |
| 5. Are you current on U.S. Trustee quarterly fees payments? | X | |
| 6. Did you borrow money from anyone this month? | | X |
| 7. Did you paid any bills you owed before you filed for bankruptcy? | | X |
| 8. Do you have any bank accounts open other than the DIP account? | | X |

*I declare under penalty of perjury that this Monthly Operating Report, and any statements and attachments are true, accurate and correct to the best of my belief.*

**Executed on:** 05/20/2015

**Signature (Debtor):**

**Print name:** Phillip C. Booth, Jr.

**Signature (Co-Debtor, if one):**

**Print name:** Robin Booth

Rev. 2012-10
PAGE 1

**DEBTOR:** Phillip and Robin Booth      **CASE NUMBER:** 14-20598

## CASH FLOW STATEMENT - INDIVIDUAL DEBTOR(S)

**For Period:** 4/1/2015 to 4/30/2015

<u>CASH FLOW SUMMARY (SEE NOTE A)</u>

| | | | |
|---|---|---|---|
| 1. | **Beginning Cash Balance** | $ 12,647.41 (1) | A |
| 2. | **Cash Receipts** | | |
| | Wages | $ 21,697.56 | |
| | Sole Proprietorship Revenues | | |
| | Draws from owned entities other than Sole Prop | | |
| | Rental Income | | |
| | Other | | |
| | Other | | |
| | Total Cash Receipts | $ 21,697.56 | B |
| 3. | **Cash Disbursements** | | |
| | Rent or home mortgage payment | $ 8,059.95 | |
| | Utilities and Telephone Expenses | 2,177.18 | |
| | Home maintenance (repairs/upkeep) | 649.79 | |
| | Food / Groceries | 1,276.79 | |
| | Insurance payments | 1,552.79 | |
| | Installment payments (including auto) | | |
| | Transportation (not including car payments) | 1,113.25 | |
| | Legal / Professional Fees / U.S. Trustee Fees | | |
| | Sole Proprietorship Expenses | | |
| | Rental property expenses / repairs | | |
| | Other   See Attached Schedule | 8,467.25 | |
| | Other | | |
| | Other | | |
| | Miscellaneous | | |
| | Total Cash Disbursements | $ 23,297.00 | C |
| 4. | **Net Cash Flow for Month (Total Cash Receipts less Total Cash Disbursements)** (B - C) | (1,599.44) | D |
| 5. | **Ending Cash Balance** (A + D) $ | 11,047.97 | E |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | |
|---|---|
| Total Disbursements for the Month (from above) | 23,297.00 |
| Add: Any amounts paid on behalf of the debtor by others | |
| Disbursements for U.S. Trustee Fee Calculation | 23,297.00 |

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*     Rev. 2013-07

*(1) Current month beginning cash balance should equal the previous month's ending balance.*     PAGE 2

**DEBTOR:** Phillip and Robin Booth          Case Number: 14-20598

**BANK RECONCILIATIONS**

Month ending: 4/30/2015

| | Acct #1 | Acct #2 | Acct #3 | Acct #4 |
|---|---|---|---|---|
| Name of Bank: | Sandy Spring | | | |
| Last four digits of account | 1406 | | | |
| Purpose of Acct (Personal or Business) | Personal | | | |
| Type of account (Checking or Savings) | Checking | | | |
| Balance per Bank Statement at End of the Month | 11,047.97 | | | |
| ADD: Deposits not credited (attach list) | | | | |
| SUBTRACT: Outstanding check (attach list) | | | | |
| Other reconciling items (attach list) | | | | |
| Month end Balance (Must agree with books) | 11,047.97 | 0.00 | 0.00 | 0.00 |
| TOTAL OF ALL ACCOUNTS AT END OF THE MONTH | | | | 11,047.97 (2) |

Note: Attach a copy of the bank statement and bank reconciliation for each account

**AMOUNTS OWED TO OTHERS at the end of the Month (post-petition)**

| | |
|---|---|
| - Personally (attach list stating who, amount, when due) | 0.00 |
| - Business (if applicable) (attach list) | 0.00 |
| TOTAL OWED POST-PETITION | 0.00 |

**AMOUNTS OWED TO YOU at the end of the Month (both pre and post-petition)**

| | |
|---|---|
| - Personally (attach list stating who, amount, when due) | 0.00 |
| - Business (if applicable) (attach list) | 0.00 |
| TOTAL AMOUNT OWED TO YOU | 0.00 |

## NARRATIVE

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring transactions that are reported in the cash flow statement and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

| |
|---|
| |
| |
| |
| |

Rev. 2012-10

*(2) Total of all accounts should equal page 2, line 5 - Ending Cash Balance*          PAGE 3

DEBTOR: __Phillip and Robin Booth__          CASE NO: __14-20598__

### CASH RECEIPTS DETAIL (SEE NOTE A)
For Period: __4/1/2015__ to __4/30/2015__

*(attach additional sheets as necessary)*

**Debtor In Possession Account:** ▉▉▉14-06

**Total of all automatic credits for the month which identify source of deposit** __21,697.56__ A

For all counter deposits, record the detail of each showing the following:

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |

**Total of all counter deposits** __0.00__ B

**Total Cash Receipts    (A + B)** $ __21,697.56__ (1)

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Total for all accounts should agree with total cash receipts listed on page 2.*

Rev. 2012-10
PAGE 4

**DEBTOR:** Phillip and Robin Booth          **CASE NO:** 14-20598

**CASH DISBURSEMENTS DETAIL (SEE NOTE A)**
For Period: 4/1/2015 to 4/30/2015
*(attach additional sheets as necessary)*

**Debtor In Possession Account:** _____14-06

Total of all automatic debits for the month which identify who is paid          21,221.00 A

For all checks written, record the detail of each showing the following:

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| 4/14/15 | 1073 | McDonogh School | Tuition Deposit | 1,000.00 |
| 4/22/15 | 1074 | Luv Those Paws | Vet Expense | 85.00 |
| 4/10/15 | 1075 | Andres Aquino | Home Maintenance | 75.00 |
| 4/01/15 | 1076 | Jazsmin Watson | School/Board | 500.00 |
| 4/07/15 | 1077 | Festival Cleaners | Cleaners | 131.00 |
| 4/08/15 | 1078 | Celebration Church | Contributions | 200.00 |
| 4/22/15 | 1079 | Luv Those Paws | Vet Expense | 85.00 |

Total of all checks written          2,076.00 B

Total Cash Disbursements (A + B)  $  23,297.00 (1)

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Total for all accounts should agree with total cash disbursements listed on page 2.*

Rev. 2013-07
PAGE 5

# INCOME AND DISBURSEMENTS RECAP

**Debtor:** Phillip and Robin Booth     **Case Number:** 14-20598

**Date Case was filed:** 7/2/2014

This form is to be used to record Monthly Operating Reports' Income and Disbursements filed to date.
It serves as a running total of overall income, expenses and net income (or loss) for the case.

**Year: 2014**

|       | Inc      | Exp      | Net      |
|-------|----------|----------|----------|
| Jan   |          |          | 0        |
| Feb   |          |          | 0        |
| Mar   |          |          | 0        |
| Apr   |          |          | 0        |
| May   |          |          | 0        |
| Jun   |          |          | 0        |
| Jul   | 21,826   | 5,195    | 16,631   |
| Aug   | 21,650   | 25,574   | (3,924)  |
| Sep   | 22,252   | 18,619   | 3,633    |
| Oct   | 21,650   | 27,774   | (6,124)  |
| Nov   | 22,450   | 16,731   | 5,719    |
| Dec   | 22,449   | 25,879   | (3,430)  |
| **TOTAL** | **132,277** | **119,772** | **12,505** |

**Year: 2015**

|       | Inc-2    | Exp-2    | Net-2    |
|-------|----------|----------|----------|
| Jan   | 19,273   | 25,446   | (6,173)  |
| Feb   | 27,122   | 19,592   | 7,530    |
| Mar   | 21,723   | 22,934   | (1,211)  |
| Apr   | 21,698   | 23,297   | (1,599)  |
| May   |          |          | 0        |
| Jun   |          |          | 0        |
| Jul   |          |          | 0        |
| Aug   |          |          | 0        |
| Sep   |          |          | 0        |
| Oct   |          |          | 0        |
| Nov   |          |          | 0        |
| Dec   |          |          | 0        |
| **TOTAL** | **89,816** | **91,269** | **(1,453)** |

Phil and Robin Booth
Bankruptcy Schedule
April 2015

| | |
|---|---|
| Household | 1,815.80 |
| Dinning | 275.64 |
| Dog expenses | 304.12 |
| Clothing | 698.03 |
| Personal Hygiene | 503.12 |
| Medical Bills | 1,196.43 |
| Education/Tuition | 2,339.95 |
| Bank Service Charges | 4.50 |
| Homeowners Association | - |
| Vet Expense | 407.70 |
| Contributions | 500.00 |
| Auto Repair | 421.96 |
| | 8,467.25 |

 Sandy Spring Bank

From here. For here.

This statement: April 30, 2015                16-299414-06
Total days in statement period: 30           (0)
                                             Direct inquiries to:
                                             800-399-5919

PHILLIP C BOOTH JR
ROBIN L BOOTH                                Sandy Spring Bank
DEBTOR IN POSSESSION CASE #14-20598 DER      17801 Georgia Ave
11543 FOX RIVER DR                           Olney MD  20832
ELLICOTT CITY MD 21042-6279


My Free Banking
        Account number            XXXXXX14-06
        Low balance              $446.51
        Average balance        $7,681.86
    DAILY ACTIVITY
        Date   Description           Additions  Subtractions      Balance
        03-31  Beginning balance                             $12,647.41
        04-01  'Debit Card Purchase                -23.01     12,624.40
               MERCHANT PURCHASE TERMINAL 15486805
               EXXONMOBIL 4786 0671 COLUMBIA MD
               XXXXXXXXXXXX1912 SEQ # 837006844755
        04-01  'Debit Card Purchase                -57.74     12,566.66
               MERCHANT PURCHASE TERMINAL 55310205
               SNOWDEN RIVER LIQUORS COLUMBIA MD
               XXXXXXXXXXXX1912 SEQ # 207587500336
        04-01  Check  1076                        -500.00     12,066.66
        04-02  'Debit Card Purchase               -234.04     11,832.62
               MERCHANT PURCHASE TERMINAL 05436845
               BJ WHOLESALE #0060 COLUMBIA MD
               XXXXXXXXXXXX1912 SEQ # 600030740226
        04-02  'Debit Card Purchase                -67.00     11,765.62
               MERCHANT PURCHASE TERMINAL 55429505
               UBER 866576103 CA
               XXXXXXXXXXXX7404 SEQ # 603982939155
        04-03  'Debit Card Purchase                -56.20     11,709.42
               MERCHANT PURCHASE TERMINAL 55308765
               SHELL OIL 575421878QPS COLUMBIA MD
               XXXXXXXXXXXX1912 SEQ # 547748043304



## Sandy Spring Bank

### From here. For here.

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 04-03 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55446415<br>AAA ROADSIDE ASSISTANC 080076382 DE<br>XXXXXXXXXXXX1912 SEQ # 286472300946 | | -137.80 | 11,571.62 |
| 04-03 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 25536065<br>KENDALL DO IT BEST CLARKSVIL MD<br>XXXXXXXXXXXX1912 SEQ # 101024655554 | | -3.80 | 11,567.82 |
| 04-03 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55263525<br>2747 JIFFY LUBE CLARKSVIL MD<br>XXXXXXXXXXXX1912 SEQ # 837000231742 | | -202.07 | 11,365.75 |
| 04-03 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55308765<br>SHELL OIL 57546441502 FULTON MD<br>XXXXXXXXXXXX7404 SEQ # 547098027618 | | -55.80 | 11,309.95 |
| 04-03 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55499675<br>AMTRAK MOBILE APP 080087272 DC<br>XXXXXXXXXXXX7404 SEQ # 668092475387 | | -110.00 | 11,199.95 |
| 04-06 | 'ATM Withdrawal<br>CASH WITHDRAWAL TERMINAL T46226<br>12276 CLARKSVILLE PIKE CLARKSVIL MD<br>XXXXXXXXXXXX1912 SEQ # 000000005309 | | -300.00 | 10,899.95 |
| 04-06 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 85138505<br>PIZZA BOLIS COLUMBIA MD<br>XXXXXXXXXXXX1912 SEQ # 900012500261 | | -27.60 | 10,872.35 |
| 04-06 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55310205<br>CHICK N FRIENDS COLUMBIA MD<br>XXXXXXXXXXXX7404 SEQ # 400864000452 | | -76.89 | 10,795.46 |
| 04-07 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55541865<br>THE HOME DEPOT 2575 COLUMBIA MD<br>XXXXXXXXXXXX1912 SEQ # 010188664981 | | -24.79 | 10,770.67 |
| 04-07 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55432865<br>PAPA JOHN'S 00719.COM 301-422-1 MD<br>XXXXXXXXXXXX7404 SEQ # 000060772011 | | -20.54 | 10,750.13 |
| 04-07 | Check  1077 | | -131.00 | 10,619.13 |


**Sandy Spring Bank**
From here. For here.

April 30, 2015                                                               ▬▬▬14-06

| Date  | Description                          | Additions | Subtractions | Balance   |
|-------|--------------------------------------|-----------|--------------|-----------|
| 04-08 | 'Debit Card Purchase                 |           | -117.00      | 10,502.13 |
|       | MERCHANT PURCHASE TERMINAL 55499675  |           |              |           |
|       | AMTRAK MOBILE APP 080087272 DC       |           |              |           |
|       | XXXXXXXXXXXX7404 SEQ # 668097470099  |           |              |           |
| 04-08 | 'Debit Card Purchase                 |           | -67.00       | 10,435.13 |
|       | MERCHANT PURCHASE TERMINAL 55432865  |           |              |           |
|       | UBER TECHNOLOGIES INC 866-576-1 CA   |           |              |           |
|       | XXXXXXXXXXXX7404 SEQ # 000350336567  |           |              |           |
| 04-08 | 'Debit Card Purchase                 |           | -22.18       | 10,412.95 |
|       | MERCHANT PURCHASE TERMINAL 15486805  |           |              |           |
|       | EXXONMOBIL 4787 0084 COLUMBIA MD     |           |              |           |
|       | XXXXXXXXXXXX1912 SEQ # 837006893961  |           |              |           |
| 04-08 | 'Debit Card Purchase                 |           | -78.40       | 10,334.55 |
|       | MERCHANT PURCHASE TERMINAL 55460295  |           |              |           |
|       | BARK CLARKSVIL MD                    |           |              |           |
|       | XXXXXXXXXXXX1912 SEQ # 838000276641  |           |              |           |
| 04-08 | 'ACH Withdrawal                      |           | -931.44      | 9,403.11  |
|       | CareFirst CD                         |           |              |           |
|       | REF*BFPMTID*291984                   |           |              |           |
|       | 9293\                                |           |              |           |
| 04-08 | Check 1078                           |           | -200.00      | 9,203.11  |
| 04-09 | 'Debit Card Purchase                 |           | -37.98       | 9,165.13  |
|       | MERCHANT PURCHASE TERMINAL 55432865  |           |              |           |
|       | DRUGSTORE.COM DRUGSTORE WA           |           |              |           |
|       | XXXXXXXXXXXX7404 SEQ # 000762797380  |           |              |           |
| 04-10 | 'Debit Card Purchase                 |           | -30.04       | 9,135.09  |
|       | MERCHANT PURCHASE TERMINAL 25247805  |           |              |           |
|       | RIVER HILL SPORTS GRIL CLARKSVIL MD  |           |              |           |
|       | XXXXXXXXXXXX1912 SEQ # 000553345079  |           |              |           |
| 04-10 | 'Debit Card Purchase                 |           | -0.99        | 9,134.10  |
|       | MERCHANT PURCHASE TERMINAL 55432865  |           |              |           |
|       | APL* ITUNES.COM/BILL 866-712-7 CA    |           |              |           |
|       | XXXXXXXXXXXX7404 SEQ # 000049110422  |           |              |           |
| 04-10 | 'Debit Card Purchase                 |           | -174.39      | 8,959.71  |
|       | MERCHANT PURCHASE TERMINAL 55536075  |           |              |           |
|       | PLUSH NECESSITIES 031035110 CA       |           |              |           |
|       | XXXXXXXXXXXX1912 SEQ # 200832300119  |           |              |           |
| 04-10 | 'Debit Card Purchase                 |           | -42.01       | 8,917.70  |
|       | MERCHANT PURCHASE TERMINAL 55457025  |           |              |           |
|       | PINE ORCHARD LIQUORS ELLICOTT MD     |           |              |           |
|       | XXXXXXXXXXXX1912 SEQ # 206788000561  |           |              |           |
| 04-10 | Check 1075                           |           | -75.00       | 8,842.70  |



## Sandy Spring Bank
### From here. For here.

April 30, 2015

|  |  |  |  | ▬▬▬▬14-06 |
|--|--|--|--|--|
| Date | Description | Additions | Subtractions | Balance |

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 04-13 | 'ATM Surcharge<br>SURCHARGE AMOUNT TERMINAL PI5770<br>1201 WISCONSIN AVE WASHINGTO DC<br>XXXXXXXXXXXX7404 SEQ # 510100005381 | | -2.50 | 8,840.20 |
| 04-13 | 'Star ATM Withdrawal<br>CASH WITHDRAWAL TERMINAL PI5770<br>1201 WISCONSIN AVE WASHINGTO DC<br>XXXXXXXXXXXX7404 SEQ # 510100005381 | | -300.00 | 8,540.20 |
| 04-13 | 'Service Charge<br>STAR ATM WITHDRAWA | | -2.00 | 8,538.20 |
| 04-13 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55432865<br>UBER TECHNOLOGIES INC 866-576-1 CA<br>XXXXXXXXXXXX7404 SEQ # 000269415589 | | -25.00 | 8,513.20 |
| 04-13 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 75418235<br>WORKINSPORTS.COM 480-90572 AZ<br>XXXXXXXXXXXX7404 SEQ # 015055912006 | | -39.95 | 8,473.25 |
| 04-13 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55419375<br>PET VALU 5027 ELICOTT C MD<br>XXXXXXXXXXXX1912 SEQ # 630161935125 | | -70.99 | 8,402.26 |
| 04-13 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 05436845<br>NORDSTROM #0631 COLUMBIA MD<br>XXXXXXXXXXXX1912 SEQ #.200017080884 | | -198.22 | 8,204.04 |
| 04-13 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55432865<br>NETFLIX.COM NETFLIX.C CA<br>XXXXXXXXXXXX1912 SEQ # 000027107735 | | -8.99 | 8,195.05 |
| 04-13 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 25536065<br>POTBELLY 336 WASHINGTO DC<br>XXXXXXXXXXXX7404 SEQ # 104008320848 | | -27.39 | 8,167.66 |
| 04-13 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55432865<br>SQ *EDWARD KELBIE HOME Ellicott MD<br>XXXXXXXXXXXX1912 SEQ # 000124960093 | | -550.00 | 7,617.66 |
| 04-13 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55457025<br>COLONIAL PARKING 53QPS WASHINGTO DC<br>XXXXXXXXXXXX7404 SEQ # 200468400082 | | -21.00 | 7,596.66 |

17801 Georgia Avenue. Olney, MD 20832   301.774.6400   800.399.5919   **sandyspringbank.com**



**Sandy Spring Bank**

From here. For here.

April 30, 2015                                                          14-06
| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 04-13 | 'Debit Card Purchase | | -355.78 | 7,240.88 |
| | POS PURCHASE TERMINAL 001 | | | |
| | GIANT 0348 CLARKSVIL MD | | | |
| | XXXXXXXXXXXX7404 SEQ # 510215046088 | | | |
| 04-14 | 'Debit Card Purchase | | -12.50 | 7,228.38 |
| | MERCHANT PURCHASE TERMINAL 55310205 | | | |
| | GODIVA 528 WASHINGTO DC | | | |
| | XXXXXXXXXXXX7404 SEQ # 859103186010 | | | |
| 04-14 | 'Debit Card Purchase | | -37.03 | 7,191.35 |
| | MERCHANT PURCHASE TERMINAL 85414515 | | | |
| | CLARKSVILLE VILLAGE WI CLARKSVIL MD | | | |
| | XXXXXXXXXXXX7404 SEQ # 980001040630 | | | |
| 04-14 | 'Debit Card Purchase | | -24.00 | 7,167.35 |
| | MERCHANT PURCHASE TERMINAL 55499675 | | | |
| | AMTRAK NRTHEAST CAFQ12 WASHINGTO DC | | | |
| | XXXXXXXXXXXX1912 SEQ # 207299600269 | | | |
| 04-14 | 'Debit Card Purchase | | -8.00 | 7,159.35 |
| | MERCHANT PURCHASE TERMINAL 55432865 | | | |
| | CPS #370-0716 YORK AVE BALTIMORE MD | | | |
| | XXXXXXXXXXXX1912 SEQ # 000331402589 | | | |
| 04-14 | 'ACH Withdrawal | | -621.35 | 6,538.00 |
| | GEICO GEICO PYMT | | | |
| | 150414 | | | |
| 04-14 | Check 1073 | | -1,000.00 | 5,538.00 |
| 04-15 | 'ACH Credit | 5,424.39 | | 10,962.39 |
| | Payroll PAY | | | |
| | 150415 | | | |
| 04-15 | 'ACH Credit | 5,424.39 | | 16,386.78 |
| | Payroll PAY | | | |
| | 150415 | | | |
| 04-15 | 'Debit Card Purchase | | -60.21 | 16,326.57 |
| | MERCHANT PURCHASE TERMINAL 15486805 | | | |
| | EXXONMOBIL 4787 0084 COLUMBIA MD | | | |
| | XXXXXXXXXXXX1912 SEQ # 378006890641 | | | |
| 04-15 | 'Debit Card Purchase | | -27.53 | 16,299.04 |
| | MERCHANT PURCHASE TERMINAL 05436845 | | | |
| | WALGREENS #10539 CLARKSVIL MD | | | |
| | XXXXXXXXXXXX1912 SEQ # 600028795468 | | | |
| 04-15 | 'Debit Card Purchase | | -221.18 | 16,077.86 |
| | MERCHANT PURCHASE TERMINAL 55419375 | | | |
| | VZWRLSS*BILL PAY V FOLSOM CA | | | |
| | XXXXXXXXXXXX1912 SEQ # 666116655042 | | | |

17801 Georgia Avenue, Olney, MD 20832   301.774.6400 : 800.399.5919   **sandyspringbank.com**



Sandy Spring Bank

From here. For here.

April 30, 2015                                          4-06
Date  Description              Additions  Subtractions        Balance
04-16 'ATM Withdrawal                      -300.00         15,777.86
      CASH WITHDRAWAL TERMINAL T46226
      12276 CLARKSVILLE PIKE CLARKSVIL MD
      XXXXXXXXXXXX7404 SEQ # 000000006029
04-17 'Debit Card Purchase                  -30.77         15,747.09
      MERCHANT PURCHASE TERMINAL 05436845
      WALGREENS #10539 CLARKSVIL MD
      XXXXXXXXXXXX1912 SEQ # 600029271889
04-17 'ACH Withdrawal                     -8,059.95         7,687.14
      SELENE FINANCE MTG PYMTS
      150415
04-20 'Debit Card Purchase                  -31.57          7,655.57
      MERCHANT PURCHASE TERMINAL 05436845
      WALGREENS #11949 COLUMBIA MD
      XXXXXXXXXXXX1912 SEQ # 600031238297
04-20 'Debit Card Purchase                  -95.00          7,560.57
      MERCHANT PURCHASE TERMINAL 25247805
      ELITE LOCK KEY OWINGS MI MD
      XXXXXXXXXXXX1912 SEQ # 001143301580
04-20 'Debit Card Purchase                  -48.38          7,512.19
      MERCHANT PURCHASE TERMINAL 55432865
      THE GREENE TURTLE COLUMBIA MD
      XXXXXXXXXXXX1912 SEQ # 000743571739
04-20 'Debit Card Purchase                 -216.24          7,295.95
      MERCHANT PURCHASE TERMINAL 55541865
      DESTINATION XL #9084 COLUMBIA MD
      XXXXXXXXXXXX1912 SEQ # 004060011186
04-20 'Debit Card Purchase                 -154.73          7,141.22
      MERCHANT PURCHASE TERMINAL 55419375
      PET VALU 5027 ELICOTT C MD
      XXXXXXXXXXXX1912 SEQ # 630109041466
04-20 'Debit Card Purchase                  -21.91          7,119.31
      MERCHANT PURCHASE TERMINAL 55420365
      CLARKS ACE HARDWARE ELLICOTT MD
      XXXXXXXXXXXX1912 SEQ # 630109980554
04-20 'Debit Card Purchase                 -222.26          6,897.05
      MERCHANT PURCHASE TERMINAL 55457025
      PINE ORCHARD LIQUORS ELLICOTT MD
      XXXXXXXXXXXX1912 SEQ # 206788001164
04-20 'Debit Card Purchase                  -15.55          6,881.50
      MERCHANT PURCHASE TERMINAL 05436845
      WALGREENS #15553 ELLICOTT MD
      XXXXXXXXXXXX1912 SEQ # 600022299083



Sandy Spring Bank

From here. For here.

April 30, 2015                                        ████████4-06
Date  Description              Additions  Subtractions      Balance
04-20 'Debit Card Purchase                 -134.00        6,747.50
      MERCHANT PURCHASE TERMINAL 85180895
      NAIL & HAIR CARE & SPA ELLICOTT MD
      XXXXXXXXXXXX7404 SEQ # 716670225603
04-21 'Debit Card Purchase               -1,305.72        5,441.78
      MERCHANT PURCHASE TERMINAL 85486145
      ASHLEY HOMESTORE CATONSVIL MD
      XXXXXXXXXXXX7404 SEQ # 980024485192
04-21 'Debit Card Purchase                  -49.49        5,392.29
      MERCHANT PURCHASE TERMINAL 55432865
      GIANT 0111 COLUMBIA MD
      XXXXXXXXXXXX1912 SEQ # 000255880325
04-21 'Debit Card Purchase                 -300.00        5,092.29
      MERCHANT PURCHASE TERMINAL 55310205
      JMM PARTNERSHIP 063634903 MO
      XXXXXXXXXXXX7404 SEQ # 083213311191
04-22 'Debit Card Purchase                  -29.95        5,062.34
      MERCHANT PURCHASE TERMINAL 05436845
      WALGREENS #15553 ELLICOTT MD
      XXXXXXXXXXXX1912 SEQ # 600029006569
04-22 'ATM Pmt Debit                       -602.00        4,460.34
      TERMINAL E000520 4487672910
      BGE BALTIMORE MD
      XXXXXXXXXXXX7404 SEQ # 511121899986
04-22 'ATM Pmt Debit                       -552.00        3,908.34
      TERMINAL E000520 4487672910
      BGE BALTIMORE MD
      XXXXXXXXXXXX7404 SEQ # 511121899998
04-22 'Debit Card Purchase                  -14.82        3,893.52
      MERCHANT PURCHASE TERMINAL 25247805
      MISSION BBQ COLUMBIA COLUMBIA MD
      XXXXXXXXXXXX1912 SEQ # 001408138648
04-22 'ACH Withdrawal                       -85.00        3,808.52
      BALTIMORE FRONTL PestContrl
      150422
04-22 'ACH Withdrawal                      -802.00        3,006.52
      WEST UNION BGE WUBGEPYMNT
      150422
04-22 Check  1074                           -85.00        2,921.52
04-22 Check  1079                           -85.00        2,836.52


Sandy Spring Bank

**From here. For here.**

14-06

April 30, 2015

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 04-24 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 05436845<br>NORDSTROM DIRECT #0808 800-285-5 IA<br>XXXXXXXXXXXX7404 SEQ # 200017144339 | | -83.69 | 2,752.83 |
| 04-24 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55432865<br>OUTBACK 2139 ELLICOTT MD<br>XXXXXXXXXXXX1912 SEQ # 000005607537 | | -29.98 | 2,722.85 |
| 04-24 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55417345<br>DELTA BALTIMORE MD<br>XXXXXXXXXXXX7404 SEQ # 871141079514 | | -25.00 | 2,697.85 |
| 04-27 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55263525<br>SUNOCO 0333986801 QPS NEWARK DE<br>XXXXXXXXXXXX1912 SEQ # 889114173850 | | -47.00 | 2,650.85 |
| 04-27 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 05436845<br>NORDSTROM DIRECT #0808 800-285-5 IA<br>XXXXXXXXXXXX7404 SEQ # 300067282051 | | -100.70 | 2,550.15 |
| 04-27 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55432865<br>OUTBACK 2139 ELLICOTT MD<br>XXXXXXXXXXXX1912 SEQ # 000987915906 | | -53.95 | 2,496.20 |
| 04-27 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55432865<br>RIVERMIST PET LODGE BRINKLOW MD<br>XXXXXXXXXXXX1912 SEQ # 000801686543 | | -237.70 | 2,258.50 |
| 04-27 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 05436845<br>WALGREENS #15553 ELLICOTT MD<br>XXXXXXXXXXXX1912 SEQ # 600025597269 | | -21.08 | 2,237.42 |
| 04-27 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55432865<br>ROYAL FARMS 060 Q79 BALTIMORE MD<br>XXXXXXXXXXXX1912 SEQ # 000387625146 | | -57.35 | 2,180.07 |
| 04-27 | 'ACH Withdrawal<br>Arthritis Speci Arthritis<br>150427 | | -1,000.00 | 1,180.07 |
| 04-28 | 'ATM Withdrawal<br>CASH WITHDRAWAL TERMINAL T46226<br>12276 CLARKSVILLE PIKE CLARKSVIL MD<br>XXXXXXXXXXXX1912 SEQ # 000000006892 | | -200.00 | 980.07 |

17801 Georgia Avenue, Olney, MD 20832   301.774.6400   800.399.5919   **sandyspringbank.com**


## Sandy Spring Bank
### From here. For here.

April 30, 2015                                                        ████████ 4-06

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 04-28 | 'Debit Card Purchase | | -244.16 | 735.91 |
| | MERCHANT PURCHASE TERMINAL 55432865 | | | |
| | GIANT 0348 CLARKSVIL MD | | | |
| | XXXXXXXXXXXX7404 SEQ # 000637294172 | | | |
| 04-29 | 'Debit Card Purchase | | -21.78 | 714.13 |
| | MERCHANT PURCHASE TERMINAL 85414515 | | | |
| | CLARKSVILLE VILLAGE WI CLARKSVIL MD | | | |
| | XXXXXXXXXXXX7404 SEQ # 980001040641 | | | |
| 04-29 | 'Debit Card Purchase | | -238.12 | 476.01 |
| | MERCHANT PURCHASE TERMINAL 55480775 | | | |
| | RUSHORDERTEES/PRINTFLY 080062012 PA | | | |
| | XXXXXXXXXXXX7404 SEQ # 286857000064 | | | |
| 04-29 | 'Debit Card Purchase | | -2.00 | 474.01 |
| | MERCHANT PURCHASE TERMINAL 05436845 | | | |
| | WALGREENS #10539 CLARKSVIL MD | | | |
| | XXXXXXXXXXXX1912 SEQ # 600028661888 | | | |
| 04-29 | 'Debit Card Purchase | | -27.50 | 446.51 |
| | MERCHANT PURCHASE TERMINAL 55421355 | | | |
| | BEST CAR WASH - CATONS CATONSVIL MD | | | |
| | XXXXXXXXXXXX1912 SEQ # 158160349658 | | | |
| 04-30 | 'ACH Credit | 5,424.39 | | 5,870.90 |
| | Payroll PAY | | | |
| | 150430 | | | |
| 04-30 | 'ACH Credit | 5,424.39 | | 11,295.29 |
| | Payroll PAY | | | |
| | 150430 | | | |
| 04-30 | 'Debit Card Purchase | | -45.23 | 11,250.06 |
| | MERCHANT PURCHASE TERMINAL 55499675 | | | |
| | VICTORIA'S SECRET CATA 080088815 OH | | | |
| | XXXXXXXXXXXX7404 SEQ # 083073444350 | | | |
| 04-30 | 'Debit Card Purchase | | -120.00 | 11,130.06 |
| | MERCHANT PURCHASE TERMINAL 55436875 | | | |
| | OVERHEAD DOOR CO OF WA BELTSVILL MD | | | |
| | XXXXXXXXXXXX1912 SEQ # 121204843181 | | | |
| 04-30 | 'Debit Card Purchase | | -82.09 | 11,047.97 |
| | POS PURCHASE TERMINAL 12675701 | | | |
| | COLUMBIA AUTO CARE AND COLUMBIA MD | | | |
| | XXXXXXXXXXXX7404 SEQ # 37891400 | | | |
| 04-30 | Ending totals | 21,697.56 | -23,297.00 | $11,047.97 |

17801 Georgia Avenue, Olney, MD 20832   301.774.6400   800.399.5919   **sandyspringbank.com**

 Sandy Spring Bank

**From here. For here.**

April 30, 2015                                          14-06

| Number | Date  | Amount   |
|--------|-------|----------|
| 1073   | 04-14 | 1,000.00 |
| 1074   | 04-22 | 85.00    |
| 1075   | 04-10 | 75.00    |
| 1076   | 04-01 | 500.00   |
| 1077   | 04-07 | 131.00   |
| 1078   | 04-08 | 200.00   |
| 1079   | 04-22 | 85.00    |

OVERDRAFT/RETURN ITEM FEES

|                           | Total for this period | Total year-to-date |
|---------------------------|-----------------------|--------------------|
| Total Overdraft Fees      | $0.00                 | $0.00              |
| Total Returned Item Fees  | $0.00                 | $0.00              |

17801 Georgia Avenue, Olney, MD 20832   301.774.6400 : 800.399.5919   **sandyspringbank.com**