

DAVID E. RICE
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re:<br><br>**PHILLIP C. BOOTH, JR.** *and*<br>**ROBIN BOOTH,**<br><br>    *Debtors.* | Bankruptcy No. 14-20598 DER<br><br>Chapter 11 |
| **PHILLIP C. BOOTH, JR.** *and*<br>**ROBIN BOOTH,**<br><br>    *Movants,*<br><br>vs.<br><br>**PNC BANK,**<br>**NATIONAL ASSOCIATION**<br><br>    *Respondent.* | **ORDER GRANTING MOTION**<br>**TO AVOID LIEN ON DEBTORS'**<br>**PRINCIPAL RESIDENCE** |

    **HAVING CONSIDERED** Debtors' Motion to Avoid Lien, and any response filed thereto, and it appearing that proper notice has been given, pursuant to 11 U.S.C. § 506 and for the reasons set forth in the cases of *Johnson vs. Asset Management Group, LLC,* 226 B.R. 364 (D. Md. 1998), and in *First Mariner Bank v. Johnson,* 411 B.R. 221 (D. Md. 2009) it is by the United States Bankruptcy Court for the District of Maryland,

    **ORDERED,** that the claim of Respondent be and is hereby deemed wholly unsecured; and it is further

      **ORDERED,** that at such time as a discharge Order is entered pursuant to 11 U.S.C. § 1141 in this case, the lien held in favor of Respondent on Debtors' real property described as: 11543 Fox River Drive, Ellicott City, Maryland 21042, is avoided, and it is further

      **ORDERED,** that if the Respondent has filed a Proof of Claim, the claim of the Respondent be and hereby is allowed as a general unsecured claim for purposes of distributions under the Debtors' plan; and it is further

      **ORDERED,** that if the Respondent has not filed a Proof of Claim, the claim of the Respondent be and hereby is allowed as a general unsecured claim for purposes of distributions under the Debtors' plan if a Proof of Claim is filed on or before the later of (1) the claims bar date previously fixed by this Court; or (ii) twenty-eight (28) days after the date of this Order; and it is further

      **ORDERED,** that allowance of the claim of the Respondent as an unsecured claim pursuant to this Order is without prejudice to objections to such claim on other grounds.

cc:    Debtors
        Mr. Phillip C. Booth, Jr.
        Ms. Robin Booth
        11543 Fox River Drive
        Ellicott City, Maryland 21042

        Debtors' Attorney
        Brett Weiss, Esquire
        6404 Ivy Lane, Suite 730
        Greenbelt, Maryland 20770

        Respondent
        PNC Bank, N.A.
        249 Fifth Avenue
        Pittsburgh, Pennsylvania 15222

        U.S. Trustee
        6305 Ivy Lane, Suite 600
        Greenbelt, Maryland 20770

**END OF ORDER**