| DEBTOR: | Phillip and Robin Booth | CASE NO: | 14-20598 |
|---|---|---|---|

OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF MARYLAND
MONTHLY OPERATING REPORT
CHAPTER 11
INDIVIDUAL DEBTORS

**Form 3**
**COVER SHEET AND QUESTIONNAIRE**

For the Period: 3/1/2016 to 3/31/2016

*THIS REPORT MUST BE FILED WITH THE COURT 20 DAYS AFTER THE END OF THE MONTH*
Debtor must attach each of the following reports / documents unless the U. S. Trustee has waived the requirement in writing.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| X | ___ | 1  Cash Flow Statement (Page 2) |
| X | ___ | 2  Cash Reconciliation(s) and Narrative (Page 3) |
| X | ___ | 3  Cash Receipts Detail (Page 4) |
| X | ___ | 4  Cash Disbursements Detail (Page 5) |
| X | ___ | 5  Receipts and Disbursements Recap Case to Date (Page 6) |
| X | ___ | 6  **Bank Statements for All Bank Accounts** (remember to redact all but last four digits of bank account number) |

| QUESTIONNAIRE | Yes | No |
|---|---|---|
| Please answer the questions below for the month being reported: | | |
| 1. Did you deposit all receipts into your DIP account this month? | X | |
| 2. Are all insurance policies current and in effect? | X | |
| 3. Have all taxes been timely filed and paid? | X | |
| 4. Did you pay all your bills on time this month? | X | |
| 5. Are you current on U.S. Trustee quarterly fees payments? | X | |
| 6. Did you borrow money from anyone this month? | | X |
| 7. Did you paid any bills you owed before you filed for bankruptcy? | | X |
| 8. Do you have any bank accounts open other than the DIP account? | | X |

*I declare under penalty of perjury that this Monthly Operating Report, and any statements and attachments are true, accurate and correct to the best of my belief.*

| Executed on: | 05/23/2016 | Signature (Debtor): | /s/ Phillip C. Booth, Jr. |
|---|---|---|---|
| | | Print name: | Phillip C. Booth, Jr. |
| | | Signature (Co-Debtor, if one): | /s/ Robin Booth |
| | | Print name: | Robin Booth |

Rev. 2012-10
PAGE 1

**DEBTOR:** Phillip and Robin Booth        **CASE NUMBER:** 14-20598

## CASH FLOW STATEMENT - INDIVIDUAL DEBTOR(S)

**For Period:** 3/1/2016 to 3/31/2016

**CASH FLOW SUMMARY (SEE NOTE A)**

1. **Beginning Cash Balance** $ 86,431.89 (1)  A

2. **Cash Receipts**

   | | | |
   |---|---|---|
   | Wages | $ | 28,707.87 |
   | Sole Proprietorship Revenues | | |
   | Draws from owned entities other than Sole Prop | | |
   | Rental Income | | 3,000.00 |
   | Other  Refund | | 26.99 |
   | Other | | |
   | Total Cash Receipts | $ | 31,734.86  B |

3. **Cash Disbursements**

   | | | |
   |---|---|---|
   | Rent or home mortgage payment | $ | |
   | Utilities and Telephone Expenses | | 2,666.71 |
   | Home maintenance (repairs/upkeep) | | 2,390.28 |
   | Food / Groceries | | 2,042.62 |
   | Insurance payments | | 1,893.30 |
   | Installment payments (including auto) | | |
   | Transportation (not including car payments) | | 2,952.32 |
   | Legal / Professional Fees / U.S. Trustee Fees | | |
   | Sole Proprietorship Expenses | | |
   | Rental property expenses / repairs | | |
   | Other  See Attached Schedule | | 12,380.22 |
   | Other  Returned Check - Rent | | 1,500.00 |
   | Other  Capital Contribution | | 5,000.00 |
   | Miscellaneous | | |
   | Total Cash Disbursements | $ | 30,825.45  C |

4. **Net Cash Flow for Month (Total Cash Receipts less Total Cash Disbursements)** (B - C)  909.41  D

5. **Ending Cash Balance** (A + D) $ 87,341.30  E

**CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES**

| | |
|---|---|
| Total Disbursements for the Month (from above) | 30,825.45 |
| Add: Any amounts paid on behalf of the debtor by others | |
| Disbursements for U.S. Trustee Fee Calculation | 30,825.45 |

(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.

(1) Current month beginning cash balance should equal the previous month's ending balance.

Rev. 2013-07

PAGE 2

Phil and Robin Booth
Bankruptcy Schedule
March 2016

| | |
|---|---:|
| Household | 875.80 |
| Dinning | 251.11 |
| Dog expenses | 142.00 |
| Clothing | 374.35 |
| Personal Hygiene | 1,325.91 |
| Medical Bills | 2,574.44 |
| Education/Tuition | 1,451.51 |
| Bank Service Charges | 39.90 |
| Homeowners Association | 270.00 |
| Vet Expense | 1,575.20 |
| Contributions | - |
| Auto Repair | 3,500.00 |
| | 12,380.22 |

**DEBTOR:** Phillip and Robin Booth       Case Number: 14-20598

**BANK RECONCILIATIONS**

| Month ending: 3/31/2016 | Acct #1 | Acct #2 | Acct #3 | Acct #4 |
|---|---|---|---|---|
| Name of Bank: | Sandy Spring | | | |
| Last four digits of account | 1406 | | | |
| Purpose of Acct (Personal or Business) | Personal | | | |
| Type of account (Checking or Savings) | Checking | | | |
| Balance per Bank Statement at End of the Month | 100,234.89 | | | |
| ADD: Deposits not credited (attach list) | | | | |
| SUBTRACT: Outstanding check (attach list) | | | | |
| Other reconciling items (attach list) | | | | |
| Month end Balance (Must agree with books) | 100,234.89 | 0.00 | 0.00 | 0.00 |
| TOTAL OF ALL ACCOUNTS AT END OF THE MONTH | | | | 100,234.89 (2) |

Note: Attach a copy of the bank statement and bank reconciliation for each account

**AMOUNTS OWED TO OTHERS at the end of the Month (post-petition)**

| | |
|---|---|
| - Personally (attach list stating who, amount, when due) | 0.00 |
| - Business (if applicable) (attach list) | 0.00 |
| TOTAL OWED POST-PETITION | 0.00 |

**AMOUNTS OWED TO YOU at the end of the Month (both pre and post-petition)**

| | |
|---|---|
| - Personally (attach list stating who, amount, when due) | 0.00 |
| - Business (if applicable) (attach list) | 0.00 |
| TOTAL AMOUNT OWED TO YOU | 0.00 |

### NARRATIVE

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring transactions that are reported in the cash flow statement and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

| |
|---|
| |
| |
| |
| |

*(2) Total of all accounts should equal page 2, line 5 - Ending Cash Balance*

Rev. 2012-10
PAGE 3

| DEBTOR: | Phillip and Robin Booth | CASE NO: | 14-20598 |

CASH RECEIPTS DETAIL (SEE NOTE A)
For Period: 3/1/2016 to 3/31/2016

*(attach additional sheets as necessary)*

Debtor In Possession Account: ~~~~~~14-06

Total of all automatic credits for the month which identify source of deposit    28,734.86 A

For all counter deposits, record the detail of each showing the following:

| Date | Payer | Description | Amount |
|---|---|---|---|
| 03/14/2016 | Velma Holmes | March Rental Income | 1,500.00 |
| 03/23/2016 | Velma Holmes | March Rental Income - Replacement Ck | 1,500.00 |

Total of all counter deposits    3,000.00 B

Total Cash Receipts  (A + B)    $ 31,734.86 (1)

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Total for all accounts should agree with total cash receipts listed on page 2.*

Rev. 2012-10
PAGE 4

**DEBTOR:** Phillip and Robin Booth        **CASE NO:** 14-20598

## CASH DISBURSEMENTS DETAIL (SEE NOTE A)
For Period: 3/1/2016 to 3/31/2016
*(attach additional sheets as necessary)*

**Debtor In Possession Account:** ~~~~~~~14-06

**Total of all automatic debits for the month which identify who is paid**        24,875.45 A

For all checks written, record the detail of each showing the following:

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 03/09/2016 | 1133 | Andres Aquina | Home maintenance | 225.00 |
| 03/21/2016 | 1139 | Homewood Crossing | HOA | 270.00 |
| 03/25/2016 | 1141 | Booth Management Consulting | Contributed Capital | 5,000.00 |
| 03/14/2016 | 1143 | Luv Those Paws | Vet Expense | 255.00 |
| 03/29/2016 | 1145 | Luv Those Paws | Vet Expense | 200.00 |

**Total of all checks written**        5,950.00 B

**Total Cash Disbursements (A + B)**        $ 30,825.45 (1)

(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.

(1) Total for all accounts should agree with total cash disbursements listed on page 2.

Rev. 2013-07
PAGE 5

# INCOME AND DISBURSEMENTS RECAP

**Debtor:** Phillip and Robin Booth    **Case Number:** 14-20598
**Date Case was filed:** 7/2/2014

This form is to be used to record Monthly Operating Reports' Income and Disbursements filed to date. It serves as a running total of overall income, expenses and net income (or loss) for the case.

Year: 2014

|     | Inc | Exp | Net |
|-----|-----|-----|-----|
| Jan |     |     | 0 |
| Feb |     |     | 0 |
| Mar |     |     | 0 |
| Apr |     |     | 0 |
| May |     |     | 0 |
| Jun |     |     | 0 |
| Jul | 21,826 | 5,195 | 16,631 |
| Aug | 21,650 | 25,574 | (3,924) |
| Sep | 22,252 | 18,619 | 3,633 |
| Oct | 21,650 | 27,774 | (6,124) |
| Nov | 22,450 | 16,731 | 5,719 |
| Dec | 22,449 | 25,879 | (3,430) |
| TOTAL | 132,277 | 119,772 | 12,505 |

Year: 2015

|     | Inc-2 | Exp-2 | Net-2 |
|-----|-------|-------|-------|
| Jan | 19,273 | 25,446 | (6,173) |
| Feb | 27,122 | 19,592 | 7,530 |
| Mar | 21,723 | 22,934 | (1,211) |
| Apr | 21,698 | 23,297 | (1,599) |
| May | 21,719 | 21,689 | 30 |
| Jun | 26,216 | 25,707 | 509 |
| Jul | 19,328 | 24,806 | (5,478) |
| Aug | 33,899 | 26,166 | 7,733 |
| Sep | 27,630 | 23,015 | 4,615 |
| Oct | 33,837 | 18,862 | 14,975 |
| Nov | 26,738 | 12,643 | 14,095 |
| Dec | 75,075 | 50,325 | 24,750 |
| TOTAL | 354,258 | 294,484 | 59,774 |


**Sandy Spring Bank**
From here. For here.

This statement: March 31, 2016         ████████14-06
Total days in statement period: 31       (0)
                                         Direct inquiries to:
                                         800-399-5919

PHILLIP C BOOTH JR
ROBIN L BOOTH                            Sandy Spring Bank
DEBTOR IN POSSESSION CASE #14-20598 DER  17801 Georgia Ave
11543 FOX RIVER DR                       Olney MD  20832
ELLICOTT CITY MD 21042-6279

**My Free Banking**
Account number          ████████14-06
Low balance             $77,674.26
Average balance         $91,876.76

**DAILY ACTIVITY**

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 02-29 | Beginning balance | | | $99,325.48 |
| 03-01 | 'ATM Surcharge | | -3.00 | 99,322.48 |
| | SURCHARGE AMOUNT TERMINAL 0000CC15 | | | |
| | 7085 MINSTREL WAY COLUMBIA MD | | | |
| | XXXXXXXXXXXX7404 SEQ # 213932 | | | |
| 03-01 | 'Other-ATM W/D | | -300.00 | 99,022.48 |
| | CASH WITHDRAWAL TERMINAL 0000CC15 | | | |
| | 7085 MINSTREL WAY COLUMBIA MD | | | |
| | XXXXXXXXXXXX7404 SEQ # 213932 | | | |
| 03-01 | 'Service Charge | | -2.00 | 99,020.48 |
| | OTHER-ATM W/D | | | |
| 03-01 | 'Debit Card Purchase | | -32.95 | 98,987.53 |
| | MERCHANT PURCHASE TERMINAL 55432866 | | | |
| | MIDWEST SPORTS 800-334-4 OH | | | |
| | XXXXXXXXXXXX7404 SEQ # 000998363156 | | | |
| 03-02 | 'Debit Card Purchase | | -550.00 | 98,437.53 |
| | MERCHANT PURCHASE TERMINAL 55310206 | | | |
| | MAGNOLIA HI FI 605 ELKRIDGE MD | | | |
| | XXXXXXXXXXXX1912 SEQ # 846021890184 | | | |
| 03-03 | 'Debit Card Purchase | | -147.80 | 98,289.73 |
| | MERCHANT PURCHASE TERMINAL 55309596 | | | |
| | CASUAL MALE XL -DXLG.C 080076703 GA | | | |
| | XXXXXXXXXXXX1912 SEQ # 083187159470 | | | |

17801 Georgia Avenue, Olney, MD 20832 | 301.774.6400 | 800.399.5919 | sandyspringbank.com



**Sandy Spring** Bank

From here. For here.

```
March 31, 2016                                              ████14-06
Date    Description                     Additions  Subtractions        Balance
03-03  'Debit Card Purchase                          -1,500.00        96,789.73
        MERCHANT PURCHASE TERMINAL 75456676
        ARTHRITIS SPECIALISTS ELLICOTT MD
        XXXXXXXXXXXX1912 SEQ # 008449454482
03-03  'Debit Card Purchase                             -32.30        96,757.43
        POS PURCHASE TERMINAL LK352456
        KENDALL DO IT BEST CLARKSVIL MD
        XXXXXXXXXXXX7404 SEQ # 606300503274
03-04  'ATM Surcharge                                    -4.00        96,753.43
        SURCHARGE AMOUNT TERMINAL MDRGCX01
        16701 LAKEVIEW RD NORTH FLINTSTON MD
        XXXXXXXXXXXX7404 SEQ # 000873137282
03-04  'Star ATM Withdrawal                            -400.00        96,353.43
        CASH WITHDRAWAL TERMINAL MDRGCX01
        16701 LAKEVIEW RD NORTH FLINTSTON MD
        XXXXXXXXXXXX7404 SEQ # 000873137282
03-04  'Service Charge                                   -2.00        96,351.43
        STAR ATM WITHDRAWA
03-04  'Debit Card Purchase                             -21.35        96,330.08
        MERCHANT PURCHASE TERMINAL 25536066
        PASTA BLITZ CLARKESVI MD
        XXXXXXXXXXXX1912 SEQ # 103002883417
03-04  'Debit Card Purchase                             -49.94        96,280.14
        MERCHANT PURCHASE TERMINAL 55432866
        FRG*TEAMFANSHOP 877-833-7 FL
        XXXXXXXXXXXX1912 SEQ # 000809635907
03-04  'Debit Card Purchase                            -196.95        96,083.19
        MERCHANT PURCHASE TERMINAL 55421356
        ENCHANTED CLEANERS ELLICOTT MD
        XXXXXXXXXXXX1912 SEQ # 432530000074
03-07  'Debit Card Purchase                              -1.99        96,081.20
        MERCHANT PURCHASE TERMINAL 55432866
        APL* ITUNES.COM/BILL 866-712-7 CA
        XXXXXXXXXXXX1912 SEQ # 000744295195
03-07  'Debit Card Purchase                             -20.67        96,060.53
        MERCHANT PURCHASE TERMINAL 55263526
        SUNOCO 0512985302 QPS CLARKSVIL MD
        XXXXXXXXXXXX1912 SEQ # 889064097891
03-07  'Debit Card Purchase                             -46.58        96,013.95
        MERCHANT PURCHASE TERMINAL 55263526
        SUNOCO 0512985302 QPS CLARKSVIL MD
        XXXXXXXXXXXX1912 SEQ # 889064097867
```

17801 Georgia Avenue, Olney, MD 20832 | 301.774.6400 | 800.399.5919 | sandyspringbank.com


**Sandy Spring** Bank
From here. For here.

```
March 31, 2016                                            14-06
Date    Description              Additions  Subtractions     Balance
03-07  'Debit Card Purchase                     -224.15    95,789.80
        MERCHANT PURCHASE TERMINAL 55432866
        RIVERMIST PET LODGE BRINKLOW MD
        XXXXXXXXXXXX1912 SEQ # 000553526225
03-07  'Debit Card Purchase                     -201.24    95,588.56
        POS PURCHASE TERMINAL 001
        GIANT 0348 CLARKSVIL MD
        XXXXXXXXXXXX7404 SEQ # 606618520573
03-07  'Debit Card Purchase                      -44.25    95,544.31
        POS PURCHASE TERMINAL 55559101
        SHELL SERVICE STATION COLUMBIA MD
        XXXXXXXXXXXX7404 SEQ # 63302000
03-07  'ACH Withdrawal                          -801.89    94,742.42
        GEICO PREM COLL
        160307
03-08  'Debit Card Purchase                      -44.00    94,698.42
        MERCHANT PURCHASE TERMINAL 55460296
        BARK CLARKSVIL MD
        XXXXXXXXXXXX1912 SEQ # 838000544224
03-08  'Debit Card Purchase                      -54.41    94,644.01
        MERCHANT PURCHASE TERMINAL 15486806
        EXXONMOBIL 4783 3876 LAUREL MD
        XXXXXXXXXXXX1912 SEQ # 378008888042
03-08  'ACH Withdrawal                        -1,091.41    93,552.60
        CareFirst CD
        REF*BFPMTID*364748
        0411\
03-09  'Debit Card Purchase                     -287.38    93,265.22
        MERCHANT PURCHASE TERMINAL 55419376
        VZWRLSS*BILL PAY V FOLSOM CA
        XXXXXXXXXXXX1912 SEQ # 666191792530
03-09  'Debit Card Purchase                     -248.24    93,016.98
        MERCHANT PURCHASE TERMINAL 55432866
        VERIZON*ONETIMEPAY 800-VERIZ TX
        XXXXXXXXXXXX1912 SEQ # 000345090471
03-09  'Debit Card Purchase                      -43.29    92,973.69
        MERCHANT PURCHASE TERMINAL 05436846
        WALGREENS #11949 COLUMBIA MD
        XXXXXXXXXXXX1912 SEQ # 600024584322
03-09  'Debit Card Purchase                     -116.89    92,856.80
        MERCHANT PURCHASE TERMINAL 55548076
        BED BATH & BEYOND #52 COLUMBIA MD
        XXXXXXXXXXXX1912 SEQ # 554000315900
```

 **Sandy Spring** Bank

From here. For here.

```
March 31, 2016                                              4-06
Date    Description               Additions   Subtractions        Balance
03-09   Check   1133                             -225.00         92,631.80
03-10  'ATM Surcharge                              -3.00         92,628.80
        SURCHARGE AMOUNT TERMINAL SA0893
        M&T 5642 BALT NATN CANTONSVI MD
        XXXXXXXXXXXX7404 SEQ # 544231
03-10  'Other-ATM W/D                            -300.00         92,328.80
        CASH WITHDRAWAL TERMINAL SA0893
        M&T 5642 BALT NATN CANTONSVI MD
        XXXXXXXXXXXX7404 SEQ # 544231
03-10  'Service Charge                             -2.00         92,326.80
        OTHER-ATM W/D
03-10  'Debit Card Purchase                      -319.89         92,006.91
        MERCHANT PURCHASE TERMINAL 55432866
        VERIZON*ONETIMEPAY 800-VERIZ TX
        XXXXXXXXXXXX1912 SEQ # 000877510283
03-10  'Debit Card Purchase                        -2.54         92,004.37
        MERCHANT PURCHASE TERMINAL 05436846
        WALGREENS #10539 CLARKSVIL MD
        XXXXXXXXXXXX1912 SEQ # 600024528565
03-10  'Debit Card Purchase                       -59.61         91,944.76
        MERCHANT PURCHASE TERMINAL 05314616
        LOAFERS BAR & GRILL CATONSVIL MD
        XXXXXXXXXXXX1912 SEQ # 500120315681
03-10  'Debit Card Purchase                       -40.10         91,904.66
        MERCHANT PURCHASE TERMINAL 55421356
        ENCHANTED CLEANERS ELLICOTT MD
        XXXXXXXXXXXX1912 SEQ # 432530000086
03-14  'Mobile Deposit         1,500.00                          93,404.66
03-14  'Debit Card Purchase                       -50.00         93,354.66
        MERCHANT PURCHASE TERMINAL 55432866
        SQ *GOSQ.COM ALEX RODR New York NY
        XXXXXXXXXXXX1912 SEQ # 000155525561
03-14  'Debit Card Purchase                      -127.25         93,227.41
        MERCHANT PURCHASE TERMINAL 55429506
        FIJI WATER COMPANY LLC 310312285 CA
        XXXXXXXXXXXX1912 SEQ # 637003546310
03-14   Check   1143                             -255.00         92,972.41
03-15  'ACH Credit            5,625.29                           98,597.70
        BOOTH MANAGEMENT QUICKBOOKS
        160315
```

17801 Georgia Avenue, Olney, MD 20832 | 301.774.6400 | 800.399.5919 | sandyspringbank.com


**Sandy Spring Bank**
From here. For here.

```
March 31, 2016                                              14-06
Date    Description              Additions   Subtractions       Balance
03-15  'ATM Withdrawal                         -300.00        98,297.70
       CASH WITHDRAWAL TERMINAL T46226
       12276 CLARKSVILLE PIKE CLARKSVIL MD
       XXXXXXXXXXXX7327 SEQ # 000000008973
03-15  'Debit Card Purchase                    -336.95        97,960.75
       MERCHANT PURCHASE TERMINAL 55432866
       RIVERMIST PET LODGE BRINKLOW MD
       XXXXXXXXXXXX1912 SEQ # 000826953602
03-16  'Debit Card Purchase                     -70.74        97,890.01
       MERCHANT PURCHASE TERMINAL 55499676
       VICTORIA'S SECRET CATA 080088815 OH
       XXXXXXXXXXXX7404 SEQ # 083113173839
03-16  'Debit Card Purchase                     -98.00        97,792.01
       MERCHANT PURCHASE TERMINAL 55460296
       BARK CLARKSVIL MD
       XXXXXXXXXXXX1912 SEQ # 838000551203
03-16  'Debit Card Purchase                     -83.85        97,708.16
       MERCHANT PURCHASE TERMINAL 55432866
       GIANT 0155 COLUMBIA MD
       XXXXXXXXXXXX7327 SEQ # 000373619738
03-17  'ATM Withdrawal                         -300.00        97,408.16
       CASH WITHDRAWAL TERMINAL T46226
       12276 CLARKSVILLE PIKE CLARKSVIL MD
       XXXXXXXXXXXX1912 SEQ # 000000009107
03-17  'Deposit Return Item                  -1,500.00        95,908.16
03-17  'Service Charge                          -12.00        95,896.16
       DEPOSIT RETURN ITE
03-17  'Debit Card Purchase                    -624.25        95,271.91
       MERCHANT PURCHASE TERMINAL 55310206
       MERCEDES OF CATONSVILL 041078877 MD
       XXXXXXXXXXXX1912 SEQ # 206131000048
03-18  'Debit Card Purchase                     -26.07        95,245.84
       MERCHANT PURCHASE TERMINAL 05436846
       WALGREENS #10539 CLARKSVIL MD
       XXXXXXXXXXXX1912 SEQ # 600024019450
03-18  'Debit Card Purchase                     -44.32        95,201.52
       MERCHANT PURCHASE TERMINAL 15486806
       EXXONMOBIL 4787 0084 COLUMBIA MD
       XXXXXXXXXXXX1912 SEQ # 378010640363
03-18  'Debit Card Purchase                      -9.94        95,191.58
       MERCHANT PURCHASE TERMINAL 25536066
       SMOOTHIE KING #761 COLUMBIA MD
       XXXXXXXXXXXX7327 SEQ # 103012981999
```

17801 Georgia Avenue, Olney, MD 20832 | 301.774.6400 | 800.399.5919 | sandyspringbank.com



**Sandy Spring Bank**
From here. For here.

```
March 31, 2016                                                    14-06
Date   Description                      Additions   Subtractions        Balance
03-18  'Debit Card Purchase                            -145.40        95,046.18
       MERCHANT PURCHASE TERMINAL 55421356
       ENCHANTED CLEANERS ELLICOTT MD
       XXXXXXXXXXXX1912 SEQ # 432530000086
03-21  'ATM Surcharge                                    -3.95        95,042.23
       SURCHARGE AMOUNT TERMINAL P273672
       85 WEST STREET NEW YORK NY
       XXXXXXXXXXXX7327 SEQ # 032006570039
03-21  'Star ATM Withdrawal                            -200.00        94,842.23
       CASH WITHDRAWAL TERMINAL P273672
       85 WEST STREET NEW YORK NY
       XXXXXXXXXXXX7327 SEQ # 032006570039
03-21  'Service Charge                                   -2.00        94,840.23
       STAR ATM WITHDRAWA
03-21  'ATM Surcharge                                    -3.95        94,836.28
       SURCHARGE AMOUNT TERMINAL P273672
       85 WEST STREET NEW YORK NY
       XXXXXXXXXXXX7327 SEQ # 032003110055
03-21  'Star ATM Withdrawal                            -200.00        94,636.28
       CASH WITHDRAWAL TERMINAL P273672
       85 WEST STREET NEW YORK NY
       XXXXXXXXXXXX7327 SEQ # 032003110055
03-21  'Service Charge                                   -2.00        94,634.28
       STAR ATM WITHDRAWA
03-21  'Debit Card Purchase                            -381.60        94,252.68
       MERCHANT PURCHASE TERMINAL 55541866
       NIKE.COM 800-806-6 OR
       XXXXXXXXXXXX7327 SEQ # 004083058860
03-21  'Debit Card Purchase                              -0.99        94,251.69
       MERCHANT PURCHASE TERMINAL 55432866
       APL* ITUNES.COM/BILL 866-712-7 CA
       XXXXXXXXXXXX1912 SEQ # 000702881908
03-21  'Debit Card Purchase                            -325.00        93,926.69
       MERCHANT PURCHASE TERMINAL 55446416
       PHIL DIBELLO FAMILY RO 041075276 MD
       XXXXXXXXXXXX1912 SEQ # 206659300051
03-21  'Debit Card Purchase                             -12.99        93,913.70
       MERCHANT PURCHASE TERMINAL 55432866
       APL* ITUNES.COM/BILL 866-712-7 CA
       XXXXXXXXXXXX7327 SEQ # 000810240043
```

17801 Georgia Avenue, Olney, MD 20832 | 301.774.6400 | 800.399.5919 | sandyspringbank.com


# Sandy Spring Bank
From here. For here.

```
March 31, 2016                                              ━━━━━14-06
Date    Description                    Additions  Subtractions      Balance
03-21  'Debit Card Purchase                          -79.25        93,834.45
         MERCHANT PURCHASE TERMINAL 55499676
         AMTRAK NRTHEAST CAFQ12 WASHINGTO DC
         XXXXXXXXXXXX7327 SEQ # 207299600215
03-21  'Debit Card Purchase                         -258.86        93,575.59
         MERCHANT PURCHASE TERMINAL 55432866
         FRG*FANATICS.COM 877-833-7 FL
         XXXXXXXXXXXX1912 SEQ # 000990541640
03-21  'Debit Card Purchase                          -18.00        93,557.59
         MERCHANT PURCHASE TERMINAL 55499676
         AMTRAK NRTHEAST CAFQ12 WASHINGTO DC
         XXXXXXXXXXXX7327 SEQ # 207299600355
03-21  'Debit Card Purchase                          -13.50        93,544.09
         MERCHANT PURCHASE TERMINAL 55499676
         AMTRAK NRTHEAST CAFQ12 WASHINGTO DC
         XXXXXXXXXXXX1912 SEQ # 207299600595
03-21   Check  1139                                 -270.00        93,274.09
03-22  'Debit Card Purchase                         -255.00        93,019.09
         MERCHANT PURCHASE TERMINAL 55429506
         SQ *WISETOWING & AU CLARKSVIL MD
         XXXXXXXXXXXX1912 SEQ # 740233122684
03-22  'Debit Card Purchase                          -24.41        92,994.68
         MERCHANT PURCHASE TERMINAL 55432866
         GIANT 0111 COLUMBIA MD
         XXXXXXXXXXXX1912 SEQ # 000436085391
03-22  'Debit Card Purchase                         -269.55        92,725.13
         MERCHANT PURCHASE TERMINAL 55432866
         RIVERMIST PET LODGE BRINKLOW MD
         XXXXXXXXXXXX1912 SEQ # 000623339741
03-22  'Debit Card Purchase                         -122.91        92,602.22
         MERCHANT PURCHASE TERMINAL 55310206
         CHICK N FRIENDS COLUMBIA MD
         XXXXXXXXXXXX7327 SEQ # 400867000262
03-23  'ATM Deposit                     1,500.00                   94,102.22
03-23  'ATM Withdrawal                               -300.00       93,802.22
         CASH WITHDRAWAL TERMINAL T46226
         12276 CLARKSVILLE PIKE CLARKSVIL MD
         XXXXXXXXXXXX7327 SEQ # 000000009492
03-23  'Debit Card Purchase                          -47.24        93,754.98
         MERCHANT PURCHASE TERMINAL 55460296
         PF CHANGS #9600 COLUMBIA MD
         XXXXXXXXXXXX7327 SEQ # 200988300255
```

17801 Georgia Avenue, Olney, MD 20832 | 301.774.6400 | 800.399.5919 | sandyspringbank.com



**Sandy Spring Bank**
From here. For here.

March 31, 2016                                                      14-06

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 03-23 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55457026<br>AAU MEMBERSHIP 040793472 FL<br>XXXXXXXXXXXX7327 SEQ # 200016104492 | | -16.00 | 93,738.98 |
| 03-23 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 05436846<br>WEGMANS COLUMBIA #47 COLUMBIA MD<br>XXXXXXXXXXXX1912 SEQ # 500019642667 | | -11.25 | 93,727.73 |
| 03-23 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55310206<br>MAGNOLIA HI FI 605 ELKRIDGE MD<br>XXXXXXXXXXXX1912 SEQ # 846022146292 | | -1,082.98 | 92,644.75 |
| 03-23 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 75456676<br>ARTHRITIS SPECIALISTS ELLICOTT MD<br>XXXXXXXXXXXX7327 SEQ # 008552465156 | | -1,000.00 | 91,644.75 |
| 03-23 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55547506<br>JAGUAR LANDROVER OF WE 044353510 MD<br>XXXXXXXXXXXX7327 SEQ # 400158000028 | | -3,500.00 | 88,144.75 |
| 03-23 | 'Debit Card Purchase<br>POS PURCHASE TERMINAL 001<br>GIANT 0155 COLUMBIA MD<br>XXXXXXXXXXXX7327 SEQ # 608221519650 | | -35.82 | 88,108.93 |
| 03-24 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 75456676<br>FINAID APP 8008442207 WASHINGTO DC<br>XXXXXXXXXXXX7327 SEQ # 008555919893 | | -47.00 | 88,061.93 |
| 03-24 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 05436846<br>WALGREENS #10539 CLARKSVIL MD<br>XXXXXXXXXXXX1912 SEQ # 600026572318 | | -2.54 | 88,059.39 |
| 03-25 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55432866<br>DTV*DIRECTV SERVICE 800-347-3 CA<br>XXXXXXXXXXXX1912 SEQ # 000916362200 | | -306.85 | 87,752.54 |
| 03-25 | 'ACH Withdrawal<br>BALTIMORE FRONTL PestContrl<br>160325 | | -85.00 | 87,667.54 |
| 03-25 | Check  1141 | | -5,000.00 | 82,667.54 |

17801 Georgia Avenue, Olney, MD 20832 | 301.774.6400 | 800.399.5919 | sandyspringbank.com


Sandy Spring Bank
From here. For here.

```
March 31, 2016                                              14-06
Date    Description              Additions  Subtractions    Balance
03-28  'Debit Card Purchase                  -1,079.71    81,587.83
        MERCHANT PURCHASE TERMINAL 05227026
        THE BROWN HOTEL LOUISVILL KY
        XXXXXXXXXXXX7327 SEQ # 500095120916
03-29  'Debit Card Purchase                  -1,769.70    79,818.13
        MERCHANT PURCHASE TERMINAL 55417346
        DELTA DELTA.COM CA
        XXXXXXXXXXXX7327 SEQ # 870891704155
03-29  'Debit Card Purchase                    -289.55    79,528.58
        MERCHANT PURCHASE TERMINAL 55432866
        RIVERMIST PET LODGE BRINKLOW MD
        XXXXXXXXXXXX1912 SEQ # 000282189679
03-29  'Debit Card Purchase                    -546.60    78,981.98
        MERCHANT PURCHASE TERMINAL 55417346
        DELTA DELTA.COM CA
        XXXXXXXXXXXX7327 SEQ # 870891697656
03-29  'Debit Card Purchase                     -35.00    78,946.98
        MERCHANT PURCHASE TERMINAL 55417346
        DELTA DELTA.COM CA
        XXXXXXXXXXXX7327 SEQ # 870891706572
03-29  'Debit Card Purchase                     -35.00    78,911.98
        MERCHANT PURCHASE TERMINAL 55417346
        DELTA DELTA.COM CA
        XXXXXXXXXXXX7327 SEQ # 870891706580
03-29  'Debit Card Purchase                    -105.95    78,806.03
        MERCHANT PURCHASE TERMINAL 55432866
        ZAP*ZAPPOS.COM 800-927-7 NV
        XXXXXXXXXXXX7327 SEQ # 000395828585
03-29   Check   1145                           -200.00    78,606.03
03-30  'ATM Withdrawal                         -500.00    78,106.03
        CASH WITHDRAWAL TERMINAL T46226
        12276 CLARKSVILLE PIKE CLARKSVIL MD
        XXXXXXXXXXXX7327 SEQ # 000000000026
03-30  'Debit Card Purchase                    -125.91    77,980.12
        MERCHANT PURCHASE TERMINAL 55432866
        FRG*TEAMFANSHOP 877-833-7 FL
        XXXXXXXXXXXX7327 SEQ # 000745862839
03-30  'Debit Card Purchase                     -69.37    77,910.75
        MERCHANT PURCHASE TERMINAL 05436846
        WEGMANS COLUMBIA #47 COLUMBIA MD
        XXXXXXXXXXXX1912 SEQ # 500019175792
```

17801 Georgia Avenue, Olney, MD 20832 | 301.774.6400 | 800.399.5919 | sandyspringbank.com



# Sandy Spring Bank
*From here. For here.*

March 31, 2016                                                  14-06

```
Date   Description                    Additions   Subtractions      Balance
03-30  'Debit Card Purchase                          -204.49      77,706.26
       POS PURCHASE TERMINAL 001
       GIANT 0155 COLUMBIA MD
       XXXXXXXXXXXX7327 SEQ # 608920057947
03-30  'Debit Card Purchase                           -32.00      77,674.26
       MERCHANT PURCHASE TERMINAL 75328556
       NAIL TRIX COLUMBIA COLUMBIA MD
       XXXXXXXXXXXX1912 SEQ # 072401946489
03-31  'Debit Card Refund              26.99                      77,701.25
       MERCHANT REFUND TERMINAL 55432866
       FRG*FANATICS.COM 877-833-7 FL
       XXXXXXXXXXXX1912 SEQ # 000250632855
03-31  'ACH Credit                  5,625.29                      83,326.54
       BOOTH MANAGEMENT QUICKBOOKS
       160331
03-31  'ATM Deposit                17,457.29                     100,783.83
03-31  'Debit Card Purchase                          -493.91     100,289.92
       MERCHANT PURCHASE TERMINAL 55417346
       EASTBAY 800-82622 WI
       XXXXXXXXXXXX1912 SEQ # 170901112516
03-31  'Debit Card Purchase                            -9.99     100,279.93
       MERCHANT PURCHASE TERMINAL 55432866
       APL* ITUNES.COM/BILL 866-712-7 CA
       XXXXXXXXXXXX7327 SEQ # 000059967825
03-31  'Debit Card Purchase                           -45.04     100,234.89
       MERCHANT PURCHASE TERMINAL 55263526
       SUNOCO 0512985302 QPS CLARKSVIL MD
       XXXXXXXXXXXX1912 SEQ # 889090955771
03-31  Ending totals              31,734.86       -30,825.45    $100,234.89

Number        Date            Amount
1133          03-09           225.00
1139 *        03-21           270.00
1141 *        03-25         5,000.00
1143 *        03-14           255.00
1145 *        03-29           200.00
* Skip in check sequence
```

17801 Georgia Avenue, Olney, MD 20832 | 301.774.6400 | 800.399.5919 | sandyspringbank.com



**Sandy Spring** Bank

From here. For here.

March 31, 2016                                                            14-06

OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

17801 Georgia Avenue, Olney, MD 20832 | 301.774.6400 | 800.399.5919 | sandyspringbank.com