**DEBTOR:** Phillip and Robin Booth   **CASE NO:** 14-20598

OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF MARYLAND
MONTHLY OPERATING REPORT
CHAPTER 11
INDIVIDUAL DEBTORS

Form 3
COVER SHEET AND QUESTIONNAIRE

For the Period: 4/1/2016 to 4/30/2016

*THIS REPORT MUST BE FILED WITH THE COURT 20 DAYS AFTER THE END OF THE MONTH*

Debtor must attach each of the following reports / documents unless the U. S. Trustee has waived the requirement in writing.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| X | | 1 Cash Flow Statement (Page 2) |
| X | | 2 Cash Reconciliation(s) and Narrative (Page 3) |
| X | | 3 Cash Receipts Detail (Page 4) |
| X | | 4 Cash Disbursements Detail (Page 5) |
| X | | 5 Receipts and Disbursements Recap Case to Date (Page 6) |
| X | | 6 Bank Statements for All Bank Accounts (remember to redact all but last four digits of bank account number) |

| QUESTIONNAIRE | Yes | No |
|---|---|---|
| Please answer the questions below for the month being reported: | | |
| 1. Did you deposit all receipts into your DIP account this month? | X | |
| 2. Are all insurance policies current and in effect? | X | |
| 3. Have all taxes been timely filed and paid? | X | |
| 4. Did you pay all your bills on time this month? | X | |
| 5. Are you current on U.S. Trustee quarterly fees payments? | X | |
| 6. Did you borrow money from anyone this month? | | X |
| 7. Did you paid any bills you owed before you filed for bankruptcy? | | X |
| 8. Do you have any bank accounts open other than the DIP account? | | X |

*I declare under penalty of perjury that this Monthly Operating Report, and any statements and attachments are true, accurate and correct to the best of my belief.*

Executed on: 05/23/2016   Signature (Debtor): *[signed]*
Print name: Phillip C. Booth, Jr.

Signature (Co-Debtor, if one): *[signed]*
Print name: Robin Booth

Rev. 2012-10
PAGE 1

**DEBTOR:** Phillip and Robin Booth          **CASE NUMBER:** 14-20598

## CASH FLOW STATEMENT - INDIVIDUAL DEBTOR(S)

**For Period:** 4/1/2016 to 4/30/2016

### CASH FLOW SUMMARY (SEE NOTE A)

| | | | | |
|---|---|---|---|---|
| 1. Beginning Cash Balance | | | $ 100,234.89 (1) | A |
| 2. Cash Receipts | | | | |
| Wages | $ | 30,808.64 | | |
| Sole Proprietorship Revenues | | | | |
| Draws from owned entities other than Sole Prop | | | | |
| Rental Income | | 1,500.00 | | |
| Other | Refund | 1,049.40 | | |
| Other | | | | |
| Total Cash Receipts | | | $ 33,358.04 | B |
| 3. Cash Disbursements | | | | |
| Rent or home mortgage payment | $ | | | |
| Utilities and Telephone Expenses | | 3,397.81 | | |
| Home maintenance (repairs/upkeep) | | 2,052.81 | | |
| Food / Groceries | | 2,922.40 | | |
| Insurance payments | | 1,893.30 | | |
| Installment payments (including auto) | | | | |
| Transportation (not including car payments) | | 1,988.92 | | |
| Legal / Professional Fees / U.S. Trustee Fees | | | | |
| Sole Proprietorship Expenses | | | | |
| Rental property expenses / repairs | | | | |
| Other | See Attached Schedule | 10,914.45 | | |
| Other | Returned Rent Check | 1,500.00 | | |
| Other | | | | |
| Miscellaneous | | | | |
| Total Cash Disbursements | | | $ 24,669.69 | C |
| 4. Net Cash Flow for Month (Total Cash Receipts less Total Cash Disbursements) | | (B - C) | 8,688.35 | D |
| 5. Ending Cash Balance | | (A + D) $ | 108,923.24 | E |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | |
|---|---|
| Total Disbursements for the Month (from above) | 24,669.69 |
| Add: Any amounts paid on behalf of the debtor by others | |
| Disbursements for U.S. Trustee Fee Calculation | 24,669.69 |

(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.
(1) Current month beginning cash balance should equal the previous month's ending balance.

Rev. 2013-07
PAGE 2

Phil and Robin Booth
Bankruptcy Schedule
April 2016

| | |
|---|---:|
| Household | 126.42 |
| Dinning | 37.34 |
| Dog expenses | 70.00 |
| Clothing | 751.11 |
| Personal Hygiene | 1,607.54 |
| Medical Bills | 1,389.18 |
| Education/Tuition | 2,243.26 |
| Bank Service Charges | 49.10 |
| Homeowners Association | - |
| Vet Expense | 1,045.75 |
| Contributions | 500.00 |
| Auto Repair | 3,094.75 |
| | 10,914.45 |

**DEBTOR:** Phillip and Robin Booth    Case Number: 14-20598

**BANK RECONCILIATIONS**

Month ending: 4/30/2016

| | Acct #1 | Acct #2 | Acct #3 | Acct #4 |
|---|---|---|---|---|
| Name of Bank: | Sandy Spring | | | |
| Last four digits of account | 1406 | | | |
| Purpose of Acct (Personal or Business) | Personal | | | |
| Type of account (Checking or Savings) | Checking | | | |
| Balance per Bank Statement at End of the Month | 100,234.89 | | | |
| ADD: Deposits not credited (attach list) | | | | |
| SUBTRACT: Outstanding check (attach list) | | | | |
| Other reconciling items (attach list) | | | | |
| Month end Balance (Must agree with books) | 100,234.89 | 0.00 | 0.00 | 0.00 |
| TOTAL OF ALL ACCOUNTS AT END OF THE MONTH | | | | 100,234.89 (2) |

Note: Attach a copy of the bank statement and bank reconciliation for each account

**AMOUNTS OWED TO OTHERS at the end of the Month (post-petition)**

| | |
|---|---|
| - Personally (attach list stating who, amount, when due) | 0.00 |
| - Business (if applicable) (attach list) | 0.00 |
| TOTAL OWED POST-PETITION | 0.00 |

**AMOUNTS OWED TO YOU at the end of the Month (both pre and post-petition)**

| | |
|---|---|
| - Personally (attach list stating who, amount, when due) | 0.00 |
| - Business (if applicable) (attach list) | 0.00 |
| TOTAL AMOUNT OWED TO YOU | 0.00 |

### NARRATIVE

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring transactions that are reported in the cash flow statement and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

| |
|---|
| |

*(2) Total of all accounts should equal page 2, line 5 - Ending Cash Balance*

Rev. 2012-10
PAGE 3

**DEBTOR:** Phillip and Robin Booth   **CASE NO:** 14-20598

### CASH RECEIPTS DETAIL (SEE NOTE A)

For Period: 4/1/2016 to 4/30/2016

*(attach additional sheets as necessary)*

**Debtor In Possession Account:** ⬛⬛⬛14-06

**Total of all automatic credits for the month which identify source of deposit**  31,858.04 A

For all counter deposits, record the detail of each showing the following:

| Date | Payer | Description | Amount |
|---|---|---|---|
| 03/14/2016 | Velma Holmes | April Rental Income | 1,500.00 |

**Total of all counter deposits**  1,500.00 B

**Total Cash Receipts (A + B)**  $ 33,358.04 (1)

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Total for all accounts should agree with total cash receipts listed on page 2.*

Rev. 2012-10
PAGE 4

**DEBTOR:** Phillip and Robin Booth  **CASE NO:** 14-20598

## CASH DISBURSEMENTS DETAIL (SEE NOTE A)

For Period: 4/1/2016 to 4/30/2016

*(attach additional sheets as necessary)*

**Debtor In Possession Account:** ████ 4-06

Total of all automatic debits for the month which identify who is paid   24,482.69 A

For all checks written, record the detail of each showing the following:

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 04/07/2016 | 1148 | Luv Those Paws | Vet Expense | 187.00 |

Total of all checks written   187.00 B

Total Cash Disbursements (A + B)   $ 24,669.69 (1)

(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.

(1) Total for all accounts should agree with total cash disbursements listed on page 2.

Rev 2013-07
PAGE 5

# INCOME AND DISBURSEMENTS RECAP

**Debtor:** Phillip and Robin Booth   **Case Number:** 14-20598
**Date Case was filed:** 7/2/2014

This form is to be used to record Monthly Operating Reports' Income and Disbursements filed to date. It serves as a running total of overall income, expenses and net income (or loss) for the case.

**Year: 2014**

|       | Inc     | Exp     | Net     |
|-------|---------|---------|---------|
| Jan   |         |         | 0       |
| Feb   |         |         | 0       |
| Mar   |         |         | 0       |
| Apr   |         |         | 0       |
| May   |         |         | 0       |
| Jun   |         |         | 0       |
| Jul   | 21,826  | 5,195   | 16,631  |
| Aug   | 21,650  | 25,574  | (3,924) |
| Sep   | 22,252  | 18,619  | 3,633   |
| Oct   | 21,650  | 27,774  | (6,124) |
| Nov   | 22,450  | 16,731  | 5,719   |
| Dec   | 22,449  | 25,879  | (3,430) |
| TOTAL | 132,277 | 119,772 | 12,505  |

**Year: 2015**

|       | Inc-2   | Exp-2   | Net-2   |
|-------|---------|---------|---------|
| Jan   | 19,273  | 25,446  | (6,173) |
| Feb   | 27,122  | 19,592  | 7,530   |
| Mar   | 21,723  | 22,934  | (1,211) |
| Apr   | 21,698  | 23,297  | (1,599) |
| May   | 21,719  | 21,689  | 30      |
| Jun   | 26,216  | 25,707  | 509     |
| Jul   | 19,328  | 24,806  | (5,478) |
| Aug   | 33,899  | 26,166  | 7,733   |
| Sep   | 27,630  | 23,015  | 4,615   |
| Oct   | 33,837  | 18,862  | 14,975  |
| Nov   | 26,738  | 12,643  | 14,095  |
| Dec   | 75,075  | 50,325  | 24,750  |
| TOTAL | 354,258 | 294,484 | 59,774  |

 **Sandy Spring** Bank

From here. For here.

This statement: April 30, 2016  
Total days in statement period: 30

14-06  
(0)  
Direct inquiries to:  
800-399-5919

PHILLIP C BOOTH JR  
ROBIN L BOOTH  
DEBTOR IN POSSESSION CASE #14-20598 DER  
11543 FOX RIVER DR  
ELLICOTT CITY MD 21042-6279

Sandy Spring Bank  
17801 Georgia Ave  
Olney MD  20832

My Free Banking

Account number             14-06  
Low balance                $83,948.82  
Average balance            $91,138.88

DAILY ACTIVITY

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 03-31 | Beginning balance | | | $100,234.89 |
| 04-01 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55548076<br>SMOOTHIE KING #0614Q55 TOWSON MD<br>XXXXXXXXXXXX7327 SEQ # 207199501118 | | -25.16 | 100,209.73 |
| 04-04 | 'ATM Surcharge<br>SURCHARGE AMOUNT TERMINAL 9221839<br>8955 KATY FREEWAY HOUSTON TX<br>XXXXXXXXXXXX7327 SEQ # 006261 | | -2.95 | 100,206.78 |
| 04-04 | 'Other-ATM W/D<br>CASH WITHDRAWAL TERMINAL 9221839<br>8955 KATY FREEWAY HOUSTON TX<br>XXXXXXXXXXXX7327 SEQ # 006261 | | -200.00 | 100,006.78 |
| 04-04 | 'Service Charge<br>OTHER-ATM W/D | | -2.00 | 100,004.78 |
| 04-04 | 'ATM Surcharge<br>SURCHARGE AMOUNT TERMINAL 9221839<br>8955 KATY FREEWAY HOUSTON TX<br>XXXXXXXXXXXX7327 SEQ # 006288 | | -2.95 | 100,001.83 |
| 04-04 | 'Other-ATM W/D<br>CASH WITHDRAWAL TERMINAL 9221839<br>8955 KATY FREEWAY HOUSTON TX<br>XXXXXXXXXXXX7327 SEQ # 006288 | | -200.00 | 99,801.83 |

Case 14-20598   Doc 133   Filed 05/23/16   Page 9 of 19



# Sandy Spring Bank
From here. For here.

April 30, 2016                                              ▇▇▇▇14-06

| Date  | Description | Additions | Subtractions | Balance |
|-------|-------------|-----------|--------------|---------|
| 04-04 | 'Service Charge OTHER-ATM W/D | | -2.00 | 99,799.83 |
| 04-04 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55460296<br>GUCCI E-COMMERCE 086648224 NJ<br>XXXXXXXXXXXX7327 SEQ # 026656585977 | | -1,049.40 | 98,750.43 |
| 04-04 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 05436846<br>NORDSTROM #0631 COLUMBIA MD<br>XXXXXXXXXXXX7327 SEQ # 000152004138 | | -355.05 | 98,395.38 |
| 04-04 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 05436846<br>NORDSTROM #0631 COLUMBIA MD<br>XXXXXXXXXXXX7327 SEQ # 000152004211 | | -158.90 | 98,236.48 |
| 04-04 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 05436846<br>NORDSTROM #0631 COLUMBIA MD<br>XXXXXXXXXXXX7327 SEQ # 000152004393 | | -393.85 | 97,842.63 |
| 04-04 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 05436846<br>NORDSTROM #0631 COLUMBIA MD<br>XXXXXXXXXXXX7327 SEQ # 000152004476 | | -86.92 | 97,755.71 |
| 04-04 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55436876<br>ARAMARK NRG STADIUM HOUSTON TX<br>XXXXXXXXXXXX1912 SEQ # 280926535293 | | -240.00 | 97,515.71 |
| 04-04 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 25536066<br>EVENT 1, INC LENEXA KS<br>XXXXXXXXXXXX7327 SEQ # 104015427526 | | -128.00 | 97,387.71 |
| 04-04 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55432866<br>UNITED 800-932-2 TX<br>XXXXXXXXXXXX7327 SEQ # 000358052192 | | -1,032.10 | 96,355.61 |
| 04-04 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55432866<br>UNITED 800-932-2 TX<br>XXXXXXXXXXXX7327 SEQ # 000358191990 | | -25.00 | 96,330.61 |
| 04-04 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 85247716<br>STOGIES WORLD CLASS CI HOUSTON TX<br>XXXXXXXXXXXX7327 SEQ # 980034591334 | | -37.34 | 96,293.27 |

17801 Georgia Avenue. Olney, MD 20832 | 301.774.6400 | 800.399.5919 | sandyspringbank.com


# Sandy Spring
From here. For here.

April 30, 2016                                                                          14-06

| Date  | Description | Additions | Subtractions | Balance |
|-------|-------------|-----------|--------------|---------|
| 04-05 | 'Service Charge<br>OTHER-ATM BAL INQ | | -2.00 | 96,291.27 |
| 04-05 | 'ATM Surcharge<br>SURCHARGE AMOUNT TERMINAL 9221839<br>8955 KATY FREEWAY HOUSTON TX<br>XXXXXXXXXXXX7327 SEQ # 006344 | | -2.95 | 96,288.32 |
| 04-05 | 'Other-ATM W/D<br>CASH WITHDRAWAL TERMINAL 9221839<br>8955 KATY FREEWAY HOUSTON TX<br>XXXXXXXXXXXX7327 SEQ # 006344 | | -200.00 | 96,088.32 |
| 04-05 | 'Service Charge<br>OTHER-ATM W/D | | -2.00 | 96,086.32 |
| 04-05 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 05436846<br>HOLLISTER #231 HOUSTON TX<br>XXXXXXXXXXXX7327 SEQ # 000135429805 | | -10.77 | 96,075.55 |
| 04-05 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55436876<br>ARAMARK NRG STADIUM HOUSTON TX<br>XXXXXXXXXXXX7327 SEQ # 160961380985 | | -345.00 | 95,730.55 |
| 04-05 | 'ACH Withdrawal<br>GEICO PREM COLL<br>160405 | | -801.89 | 94,928.66 |
| 04-06 | 'ATM Surcharge<br>SURCHARGE AMOUNT TERMINAL 0331S<br>ROLLING/ROAD NG ROAD BALTIMORE MD<br>XXXXXXXXXXXX7327 SEQ # 716744 | | -3.00 | 94,925.66 |
| 04-06 | 'Other-ATM W/D<br>CASH WITHDRAWAL TERMINAL 0331S<br>ROLLING/ROAD NG ROAD BALTIMORE MD<br>XXXXXXXXXXXX7327 SEQ # 716744 | | -500.00 | 94,425.66 |
| 04-06 | 'Service Charge<br>OTHER-ATM W/D | | -2.00 | 94,423.66 |
| 04-06 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55500366<br>PACSUN #0175 HOUSTON TX<br>XXXXXXXXXXXX7327 SEQ # 840200304010 | | -116.82 | 94,306.84 |
| 04-06 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55548076<br>SMOOTHIE KING #0637Q55 HOUSTON TX<br>XXXXXXXXXXXX7327 SEQ # 200499400434 | | -15.01 | 94,291.83 |

17801 Georgia Avenue, Olney, MD 20832 | 301.774.6400 | 800.399.5919 | sandyspringbank.com

 Sandy Spring Bank
From here. For here.

April 30, 2016                                                                    14-06

| Date  | Description | Additions | Subtractions | Balance |
|-------|-------------|-----------|--------------|---------|
| 04-06 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 05227026<br>EVENT MERCHANDISING SE SCOTTSDAL AZ<br>XXXXXXXXXXXX7327 SEQ # 300154652788 | | -194.85 | 94,096.98 |
| 04-06 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 05436846<br>NORDSTROM RACK #741 HOUSTON TX<br>XXXXXXXXXXXX7327 SEQ # 000139778552 | | -401.51 | 93,695.47 |
| 04-07 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55432866<br>UNITED 800-932-2 TX<br>XXXXXXXXXXXX7327 SEQ # 000011012572 | | -69.00 | 93,626.47 |
| 04-07 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 85179276<br>BEAUTY 4 U CATONSVIL MD<br>XXXXXXXXXXXX7327 SEQ # 980001677847 | | -57.22 | 93,569.25 |
| 04-07 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55432866<br>UNITED 800-932-2 TX<br>XXXXXXXXXXXX7327 SEQ # 000011012580 | | -69.00 | 93,500.25 |
| 04-07 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55457026<br>PINE ORCHARD LIQUORS ELLICOTT MD<br>XXXXXXXXXXXX1912 SEQ # 206788001033 | | -339.99 | 93,160.26 |
| 04-07 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55432866<br>RIVERMIST PET LODGE BRINKLOW MD<br>XXXXXXXXXXXX1912 SEQ # 000312642241 | | -340.95 | 92,819.31 |
| 04-07 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55432866<br>UNITED 800-932-2 TX<br>XXXXXXXXXXXX7327 SEQ # 000011012598 | | -73.00 | 92,746.31 |
| 04-07 | 'ACH Withdrawal<br>CareFirst CD<br>REF*BFPMTID*370578<br>8462\ | | -1,091.41 | 91,654.90 |
| 04-08 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55432866<br>FRG*FANATICS.COM 877-833-7 FL<br>XXXXXXXXXXXX1912 SEQ # 000740746432 | | -206.90 | 91,448.00 |

17801 Georgia Avenue, Olney, MD 20832 | 301.774.6400 | 800.399.5919 | sandyspringbank.com


### Sandy Spring Bank
From here. For here.

April 30, 2016                                                       ▓▓▓▓14-06

| Date  | Description                              | Additions | Subtractions | Balance   |
|-------|------------------------------------------|-----------|--------------|-----------|
| 04-08 | 'Debit Card Purchase                     |           | -530.84      | 90,917.16 |
|       | MERCHANT PURCHASE TERMINAL 55432866      |           |              |           |
|       | FRG*FANATICS.COM 877-833-7 FL            |           |              |           |
|       | XXXXXXXXXXXX1912 SEQ # 000740746291      |           |              |           |
| 04-08 | 'Debit Card Purchase                     |           | -55.60       | 90,861.56 |
|       | MERCHANT PURCHASE TERMINAL 55308766      |           |              |           |
|       | SHELL OIL 575257626QPS BALTIMORE MD      |           |              |           |
|       | XXXXXXXXXXXX7327 SEQ # 547705034686      |           |              |           |
| 04-08 | 'ACH Withdrawal                          |           | -1,286.00    | 89,575.56 |
|       | WEST UNION BGE WUBGEPYMNT                |           |              |           |
|       | 160408                                   |           |              |           |
| 04-11 | 'ATM Withdrawal                          |           | -300.00      | 89,275.56 |
|       | CASH WITHDRAWAL TERMINAL T46226          |           |              |           |
|       | 12276 CLARKSVILLE PIKE CLARKSVIL MD      |           |              |           |
|       | XXXXXXXXXXXX1912 SEQ # 000000000801      |           |              |           |
| 04-11 | 'ATM Surcharge                           |           | -3.00        | 89,272.56 |
|       | SURCHARGE AMOUNT TERMINAL 0668D          |           |              |           |
|       | COLUMBIA/FC TUX ENT COLUMBIA MD          |           |              |           |
|       | XXXXXXXXXXXX7327 SEQ # 291755            |           |              |           |
| 04-11 | 'Other-ATM W/D                           |           | -500.00      | 88,772.56 |
|       | CASH WITHDRAWAL TERMINAL 0668D           |           |              |           |
|       | COLUMBIA/FC TUX ENT COLUMBIA MD          |           |              |           |
|       | XXXXXXXXXXXX7327 SEQ # 291755            |           |              |           |
| 04-11 | 'Service Charge                          |           | -2.00        | 88,770.56 |
|       | OTHER-ATM W/D                            |           |              |           |
| 04-11 | 'Debit Card Purchase                     |           | -17.98       | 88,752.58 |
|       | MERCHANT PURCHASE TERMINAL 55432866      |           |              |           |
|       | UNITED 800-932-2 TX                      |           |              |           |
|       | XXXXXXXXXXXX7327 SEQ # 000088104649      |           |              |           |
| 04-11 | 'Debit Card Purchase                     |           | -1.99        | 88,750.59 |
|       | MERCHANT PURCHASE TERMINAL 55432866      |           |              |           |
|       | APL* ITUNES.COM/BILL 866-712-7 CA        |           |              |           |
|       | XXXXXXXXXXXX1912 SEQ # 000081118331      |           |              |           |
| 04-11 | 'Debit Card Purchase                     |           | -120.00      | 88,630.59 |
|       | MERCHANT PURCHASE TERMINAL 55499676      |           |              |           |
|       | AMTRAK PHILADELP PA                      |           |              |           |
|       | XXXXXXXXXXXX1912 SEQ # 668100036260      |           |              |           |
| 04-11 | 'Debit Card Purchase                     |           | -12.00       | 88,618.59 |
|       | MERCHANT PURCHASE TERMINAL 25415756      |           |              |           |
|       | 32754 - BWI RAIL STATI BALTIMORE MD      |           |              |           |
|       | XXXXXXXXXXXX1912 SEQ # 000963243721      |           |              |           |

 Sandy Spring Bank

From here. For here.

April 30, 2016                                                      14-06

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 04-11 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55429506<br>SQ *WISETOWING & AU CLARKSVIL MD<br>XXXXXXXXXXXX1912 SEQ # 740215914931 | | -147.00 | 88,471.59 |
| 04-11 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55310206<br>CHICK N FRIENDS COLUMBIA MD<br>XXXXXXXXXXXX7327 SEQ # 400866000575 | | -23.12 | 88,448.47 |
| 04-11 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55432866<br>GIANT 0348 CLARKSVIL MD<br>XXXXXXXXXXXX7327 SEQ # 000294673805 | | -420.39 | 88,028.08 |
| 04-11 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55429506<br>FIJI WATER COMPANY LLC 310312285 CA<br>XXXXXXXXXXXX1912 SEQ # 637001874634 | | -127.25 | 87,900.83 |
| 04-12 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55432866<br>FRG*FANATICS.COM 877-833-7 FL<br>XXXXXXXXXXXX7327 SEQ # 000898268340 | | -344.88 | 87,555.95 |
| 04-12 | 'Debit Card Purchase<br>POS PURCHASE TERMINAL 06182480<br>NST THE HOME DEPOT 331 COLUMBIA MD<br>XXXXXXXXXXXX1912 SEQ # 610399057001 | | -61.03 | 87,494.92 |
| 04-13 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55432866<br>DTV*DIRECTV SERVICE 800-347-3 CA<br>XXXXXXXXXXXX1912 SEQ # 000204109757 | | -266.86 | 87,228.06 |
| 04-13 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 85486146<br>NISSAN ANTWERPEN CLARKSVIL MD<br>XXXXXXXXXXXX1912 SEQ # 980029520032 | | -1,711.17 | 85,516.89 |
| 04-14 | 'ATM Withdrawal<br>CASH WITHDRAWAL TERMINAL WG610539<br>12400 AUTO DR CLARKSVIL MD<br>XXXXXXXXXXXX1633 SEQ # 131404572698 | | -200.00 | 85,316.89 |
| 04-14 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55432866<br>TME*SPORTS ILLUSTRATED 800-528-5 NY<br>XXXXXXXXXXXX1912 SEQ # 000011111937 | | -55.96 | 85,260.93 |

17801 Georgia Avenue. Olney, MD 20832 | 301.774.6400 | 800.399.5919 | sandyspringbank.com



# Sandy Spring Bank
From here. For here.

```
April 30, 2016                                           14-06
Date    Description              Additions  Subtractions      Balance
04-14  'Debit Card Purchase                   -23.07       85,237.86
        MERCHANT PURCHASE TERMINAL 55308766
        SHELL OIL 575421878QPS COLUMBIA MD
        XXXXXXXXXXXX1912 SEQ # 547735040473
04-14  'Debit Card Purchase                  -183.95       85,053.91
        MERCHANT PURCHASE TERMINAL 55432866
        FRG*FANATICS.COM 877-833-7 FL
        XXXXXXXXXXXX1912 SEQ # 000953103372
04-14  'Debit Card Purchase                  -448.72       84,605.19
        MERCHANT PURCHASE TERMINAL 55419376
        VZWRLSS*BILL PAY V FOLSOM CA
        XXXXXXXXXXXX1912 SEQ # 666173189834
04-15  'ACH Credit            5,625.29                     90,230.48
        BOOTH MANAGEMENT QUICKBOOKS
        160415
04-15  'Debit Card Purchase                   -17.36       90,213.12
        MERCHANT PURCHASE TERMINAL 55432866
        GIANT 0348 CLARKSVIL MD
        XXXXXXXXXXXX1633 SEQ # 000487167231
04-15  'Debit Card Purchase                   -64.09       90,149.03
        POS PURCHASE TERMINAL 12678401
        HOOKS LANE PIKESVILL MD
        XXXXXXXXXXXX7327 SEQ # 45196200
04-15  'Debit Card Purchase                  -164.85       89,984.18
        MERCHANT PURCHASE TERMINAL 55421356
        ENCHANTED CLEANERS ELLICOTT MD
        XXXXXXXXXXXX1912 SEQ # 432530000074
04-18  'ATM Surcharge                          -3.25       89,980.93
        SURCHARGE AMOUNT TERMINAL 80231391
        138 NEW PEHLE AVE SADDLE BR NJ
        XXXXXXXXXXXX7327 SEQ # 610800159069
04-18  'Star ATM Withdrawal                  -120.00       89,860.93
        CASH WITHDRAWAL TERMINAL 80231391
        138 NEW PEHLE AVE SADDLE BR NJ
        XXXXXXXXXXXX7327 SEQ # 610800159069
04-18  'Service Charge                         -2.00       89,858.93
        STAR ATM WITHDRAWA
04-18  'Debit Card Purchase                   -44.50       89,814.43
        MERCHANT PURCHASE TERMINAL 15410196
        TARGET 0001 0421 ELLICOTT MD
        XXXXXXXXXXXX1633 SEQ # 091017108507
```

17801 Georgia Avenue, Olney, MD 20832 | 301.774.6400 | 800.399.5919 | sandyspringbank.com


# Sandy Spring

From here. For here.

```
April 30, 2016                                              14-06
Date    Description                    Additions  Subtractions      Balance
04-18  'Debit Card Purchase                          -4.39        89,810.04
        MERCHANT PURCHASE TERMINAL 05436846
        WALGREENS #10539 CLARKSVIL MD
        XXXXXXXXXXXX1912 SEQ # 600025845429
04-18  'Debit Card Purchase                         -214.00       89,596.04
        MERCHANT PURCHASE TERMINAL 85180896
        NAIL & HAIR CARE & SPA ELLICOTT MD
        XXXXXXXXXXXX7327 SEQ # 716670221536
04-18  'Debit Card Purchase                          -28.00       89,568.04
        MERCHANT PURCHASE TERMINAL 55421356
        SPEEDY CAR WASH AT LAU LAUREL MD
        XXXXXXXXXXXX1633 SEQ # 627103671958
04-18  'Debit Card Purchase                         -308.84       89,259.20
        MERCHANT PURCHASE TERMINAL 55432866
        FRG*FANATICS.COM 877-833-7 FL
        XXXXXXXXXXXX1633 SEQ # 000135993118
04-19  'ATM Deposit            1,500.00                            90,759.20
04-19  'ATM Withdrawal                              -300.00        90,459.20
        CASH WITHDRAWAL TERMINAL T46226
        12276 CLARKSVILLE PIKE CLARKSVIL MD
        XXXXXXXXXXXX7327 SEQ # 000000001381
04-19  'Debit Card Purchase                           -0.99        90,458.21
        MERCHANT PURCHASE TERMINAL 55432866
        APL* ITUNES.COM/BILL 866-712-7 CA
        XXXXXXXXXXXX1912 SEQ # 000455539375
04-19  'Debit Card Purchase                           -9.99        90,448.22
        MERCHANT PURCHASE TERMINAL 55432866
        APL* ITUNES.COM/BILL 866-712-7 CA
        XXXXXXXXXXXX1912 SEQ # 000454081981
04-19  'Debit Card Purchase                          -18.00        90,430.22
        MERCHANT PURCHASE TERMINAL 25415756
        32754 - BWI RAIL STATI BALTIMORE MD
        XXXXXXXXXXXX1633 SEQ # 001760302332
04-19  'Debit Card Purchase                          -70.00        90,360.22
        MERCHANT PURCHASE TERMINAL 55460296
        BARK CLARKSVIL MD
        XXXXXXXXXXXX1633 SEQ # 838000577388
04-19  'Debit Card Purchase                         -230.20        90,130.02
        MERCHANT PURCHASE TERMINAL 55432866
        RIVERMIST PET LODGE BRINKLOW MD
        XXXXXXXXXXXX1633 SEQ # 000773692598
```

17801 Georgia Avenue, Olney, MD 20832 | 301.774.6400 | 800.399.5919 | sandyspringbank.com


Sandy Spring Bank
From here. For here.

```
April 30, 2016                                              14-06
Date    Description                    Additions   Subtractions       Balance
04-19  'Debit Card Purchase                          -34.26         90,095.76
        POS PURCHASE TERMINAL 001
        GIANT 0348 CLARKSVIL MD
        XXXXXXXXXXXX7327 SEQ # 611008843835
04-20  'Debit Card Purchase                         -242.64         89,853.12
        MERCHANT PURCHASE TERMINAL 55541866
        WWW.DICKSSPORTNGGOODS. 877-846-9 PA
        XXXXXXXXXXXX7327 SEQ # 004040045612
04-20  'Debit Card Purchase                         -652.87         89,200.25
        MERCHANT PURCHASE TERMINAL 55417346
        EASTBAY 800-82622 WI
        XXXXXXXXXXXX1633 SEQ # 171102713371
04-20  'Debit Card Purchase                          -12.99         89,187.26
        MERCHANT PURCHASE TERMINAL 55432866
        APL* ITUNES.COM/BILL 866-712-7 CA
        XXXXXXXXXXXX7327 SEQ # 000007346037
04-20  'Debit Card Purchase                         -110.24         89,077.02
        MERCHANT PURCHASE TERMINAL 05436846
        NORDSTROM #0631 COLUMBIA MD
        XXXXXXXXXXXX7327 SEQ # 000135808579
04-20  'Debit Card Purchase                         -103.88         88,973.14
        MERCHANT PURCHASE TERMINAL 05436846
        NORDSTROM #0631 COLUMBIA MD
        XXXXXXXXXXXX7327 SEQ # 000135808652
04-20  'Debit Card Purchase                         -204.16         88,768.98
        MERCHANT PURCHASE TERMINAL 05436846
        NORDSTROM #0631 COLUMBIA MD
        XXXXXXXXXXXX7327 SEQ # 000135808736
04-20  'Debit Card Purchase                         -121.90         88,647.08
        MERCHANT PURCHASE TERMINAL 05436846
        NORDSTROM #0631 COLUMBIA MD
        XXXXXXXXXXXX7327 SEQ # 000135808819
04-20  'Debit Card Purchase                          -52.05         88,595.03
        MERCHANT PURCHASE TERMINAL 85185646
        CLARKSVILLE CLEANERS CLARKSVIL MD
        XXXXXXXXXXXX1633 SEQ # 980031549965
04-20  'Debit Card Purchase                          -31.85         88,563.18
        MERCHANT PURCHASE TERMINAL 05436846
        WEGMANS COLUMBIA #47 COLUMBIA MD
        XXXXXXXXXXXX1633 SEQ # 500019924814
```

17801 Georgia Avenue. Olney, MD 20832 | 301.774.6400 | 800.399.5919   sandyspringbank.com

 Sandy Spring Bank
From here. For here.

```
April 30, 2016                                               4-06
Date    Description              Additions    Subtractions        Balance
04-20  'Debit Card Purchase                      -52.40        88,510.78
        MERCHANT PURCHASE TERMINAL 55308766
        SHELL OIL 575421878QPS COLUMBIA MD
        XXXXXXXXXXXX1633 SEQ # 547758046144
04-20  'Debit Card Purchase                      -20.73        88,490.05
        MERCHANT PURCHASE TERMINAL 25536066
        PASTA BLITZ CLARKESVI MD
        XXXXXXXXXXXX1633 SEQ # 103003097614
04-21  'Debit Card Purchase                      -77.97        88,412.08
        MERCHANT PURCHASE TERMINAL 55417346
        EASTBAY 800-82622 WI
        XXXXXXXXXXXX1633 SEQ # 171112395903
04-21  'Debit Card Purchase                      -20.35        88,391.73
        MERCHANT PURCHASE TERMINAL 85185646
        CLARKSVILLE CLEANERS CLARKSVIL MD
        XXXXXXXXXXXX1633 SEQ # 980031549949
04-21  'Debit Card Purchase                      -52.00        88,339.73
        MERCHANT PURCHASE TERMINAL 15410196
        SAFEWAY STORE0001 5537 COLUMBIA MD
        XXXXXXXXXXXX1633 SEQ # 218011190669
04-21  'Debit Card Purchase                      -46.96        88,292.77
        MERCHANT PURCHASE TERMINAL 55541866
        THE HOME DEPOT 2575 COLUMBIA MD
        XXXXXXXXXXXX1633 SEQ # 010193533154
04-22  'Deposit Return Item                   -1,500.00        86,792.77
04-22  'Service Charge                           -12.00        86,780.77
        DEPOSIT RETURN ITE
04-25  'Debit Card Purchase                       -4.92        86,775.85
        MERCHANT PURCHASE TERMINAL 15410196
        ALAMO RENT-A-CAR NORFOLK VA
        XXXXXXXXXXXX7327 SEQ # 060398663348
04-25  'Debit Card Purchase                   -1,000.00        85,775.85
        MERCHANT PURCHASE TERMINAL 75456676
        ARTHRITIS SPECIALISTS ELLICOTT MD
        XXXXXXXXXXXX7327 SEQ # 008711779441
04-25  'Debit Card Purchase                      -84.79        85,691.06
        POS PURCHASE TERMINAL 00369799
        SY8 DICKS CLOTHING&272 COLUMBIA MD
        XXXXXXXXXXXX1633 SEQ # 611679066107
04-25   Check   1148                            -187.00        85,504.06
```

17801 Georgia Avenue, Olney, MD 20832 | 301.774.6400 | 800.399.5919 | sandyspringbank.com

 Sandy Spring Bank

From here. For here.

April 30, 2016                                                              XXXXXX14-06

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 04-26 | 'ATM Surcharge<br>SURCHARGE AMOUNT TERMINAL 0000CE4F<br>6090 DAYBREAK CIRCLE CLARKSVIL MD<br>XXXXXXXXXXXX7327 SEQ # 017971 | | -3.00 | 85,501.06 |
| 04-26 | 'Other-ATM W/D<br>CASH WITHDRAWAL TERMINAL 0000CE4F<br>6090 DAYBREAK CIRCLE CLARKSVIL MD<br>XXXXXXXXXXXX7327 SEQ # 017971 | | -500.00 | 85,001.06 |
| 04-26 | 'Service Charge<br>OTHER-ATM W/D | | -2.00 | 84,999.06 |
| 04-26 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55432866<br>STARBUCKS #15122 WASHI Washingto DC<br>XXXXXXXXXXXX7327 SEQ # 000344530115 | | -40.00 | 84,959.06 |
| 04-26 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 15486806<br>EXXONMOBIL 4786 0341 COLUMBIA MD<br>XXXXXXXXXXXX1633 SEQ # 378009938433 | | -50.70 | 84,908.36 |
| 04-26 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55432866<br>RIVERMIST PET LODGE BRINKLOW MD<br>XXXXXXXXXXXX1633 SEQ # 000511406999 | | -287.60 | 84,620.76 |
| 04-26 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55432866<br>GIANT 0348 CLARKSVIL MD<br>XXXXXXXXXXXX7327 SEQ # 000426646912 | | -174.52 | 84,446.24 |
| 04-26 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 25536066<br>KENDALL DO IT BEST CLARKSVIL MD<br>XXXXXXXXXXXX1633 SEQ # 102010565450 | | -75.42 | 84,370.82 |
| 04-26 | 'Debit Card Purchase<br>POS PURCHASE TERMINAL 55559101<br>SHELL SERVICE S COLUMBIA MD<br>XXXXXXXXXXXX7327 SEQ # 309570 | | -62.06 | 84,308.76 |
| 04-27 | 'Debit Card Refund<br>MERCHANT REFUND TERMINAL 55460296<br>GUCCI E-COMMERCE 086648224 NJ<br>XXXXXXXXXXXX7327 SEQ # 026244727539 | 1,049.40 | | 85,358.16 |
| 04-27 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 85486146<br>NISSAN ANTWERPEN CLARKSVIL MD<br>XXXXXXXXXXXX1633 SEQ # 980029520069 | | -678.58 | 84,679.58 |

17801 Georgia Avenue, Olney, MD 20832   301.774.6400   800.399.5919   sandyspringbank.com


**Sandy Spring Bank**
From here. For here.

```
    April 30, 2016                                            ▓▓▓▓▓▓14-06
    Date    Description                Additions   Subtractions         Balance
    04-28  'ATM Withdrawal                            -300.00         84,379.58
            CASH WITHDRAWAL TERMINAL T46226
            12276 CLARKSVILLE PIKE CLARKSVIL MD
            XXXXXXXXXXXX1633 SEQ # 000000002009
    04-28  'Debit Card Purchase                        -330.00         84,049.58
            MERCHANT PURCHASE TERMINAL 55500366
            PRO WASH AUTO SPA LLC COLUMBIA MD
            XXXXXXXXXXXX1633 SEQ # 200747200136
    04-28  'Debit Card Purchase                        -100.76         83,948.82
            MERCHANT PURCHASE TERMINAL 55432866
            GIANT 0348 CLARKSVIL MD
            XXXXXXXXXXXX1633 SEQ # 000410963198
    04-29  'ACH Credit                  5,625.29                       89,574.11
            BOOTH MANAGEMENT QUICKBOOKS
            160429
    04-29  'ATM Deposit                19,558.06                      109,132.17
    04-29  'Debit Card Purchase                        -208.93        108,923.24
            MERCHANT PURCHASE TERMINAL 55417346
            EASTBAY 800-82622 WI
            XXXXXXXXXXXX1633 SEQ # 171194744699
    04-30   Ending totals              33,358.04    -24,669.69       $108,923.24

    Number          Date              Amount
    1148            04-25             187.00
OVERDRAFT/RETURN ITEM FEES
```

|                              | Total for this period | Total year-to-date |
|------------------------------|----------------------:|-------------------:|
| Total Overdraft Fees         | $0.00                 | $0.00              |
| Total Returned Item Fees     | $0.00                 | $0.00              |

17801 Georgia Avenue. Olney. MD 20832 | 301.774.6400 | 800.399.5919 | sandyspringbank.com