# CHUNG & PRESS
*Attorneys at Law*

Chung & Press, LLC
6404 Ivy Lane, Suite 730
Greenbelt, Maryland 20770
301.924.4400
Fax: 240.627.4186
BankruptcyLawMaryland.com

# INVOICE

DATE:  October 6, 2016
INVOICE # 16110061

**Bill To:**
Mr. Phillip C. Booth, Jr.
Ms. Robin L. Booth
11543 Fox River Drive
Ellicott City, Maryland 21043

**For:**
Representation in Chapter 11 Bankruptcy
BK No. 14-2-0598 DER

| DATE | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|
| 7/2/14 | Emails to/from clients re: DIP account. | 0.20 | |
| 7/5/14 | Emails to/from clients re: Chapter 11 procedures (5). | 0.50 | |
| 7/8/14 | Emails from United States Trustee and to clients re: Chapter 11 Guidelines and Forms and IDI (4). | 0.40 | |
| 7/12/14 | Emails from client re: Booth Management, LLC. | 0.20 | |
| 7/14/14 | Receipt and review of clients' bank statements and tax returns. | 0.60 | |
| 7/17/14 | Receipt and review of documents from clients. Emails to/from clients re: BMC and 341 (7). | 1.10 | |
| 7/18/14 | Emails to/from clients and United States Trustee re: documentation (8). | 0.80 | |
| 7/22/14 | Travel to/from and IDI (2.70). Prepare and file Application to Employ (0.60). | 3.30 | |
| 7/24/14 | Prepare and file Notice to Creditors Whose Claims are Disputed. | 0.20 | |
| 7/29/14 | Prepare for Meeting of Creditors. Emails to/from clients re: water bill (3). | 0.80 | |

C&P

Mr. Phillip C. Booth, Jr.
Ms. Robin L. Booth
October 6, 2016
Page 2
_____

| DATE | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|
| 7/30/14 | Travel to/from and Meeting of Creditors (2.20); meeting with clients re: same (0.20). | 2.40 | |
| 8/7/14 | Emails to/from clients re: IRS Proof of Claim (4). | 0.40 | |
| 8/18/14 | Email from clients with MOR. | 0.10 | |
| 9/22/14 | Email from clients with MOR. | 0.10 | |
| 11/10/14 | Receipt and review Motion to Dismiss or Convert. Email to clients. | 0.50 | |
| 11/18/14 | Telephone Conference with clients re: MORs (0.60). Review revised MORs (1.20). Emails to/from Mr. Bernstein re: same (0.20). | 2.00 | |
| 11/19/14 | Email from clients re: Motion to Dismiss or Convert. | 0.10 | |
| 11/21/14 | Emails to/from clients re: Motion to Dismiss or Convert (3) (0.30). Receipt and review of MORs (4) (1.20). | 1.50 | |
| 11/25/14 | Emails to/from Mr. Bernstein and clients re: quarterly fees (4). | 0.40 | |
| 11/26/14 | Emails from Mr. Bernstein and to clients re: Motion to Dismiss or Convert. | 0.20 | |
| 11/27/14 | Email from clients re: Motion to Dismiss or Convert. | 0.10 | |
| 11/27/14 | Emails to/from clients re: quarterly fees. | 0.20 | |
| 12/6/14 | Receipt and review of Motion for Relief from the Automatic Stay (Fox River Drive). Letter to client re: same. | 0.50 | |

C&P

Mr. Phillip C. Booth, Jr.
Ms. Robin L. Booth
October 6, 2016
Page 3

_____

| DATE | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|
| 12/11/14 | Email from United States Trustee re: quarterly fees, and from clients re: HOA fees. | 0.20 | |
| 12/12/14 | Emails to/from clients re: HOA fees. | 0.20 | |
| 12/18/14 | Review and file MOR. | 0.30 | |
| 12/19/14 | Emails to/from clients re: status conference. | 0.20 | |
| 12/22/14 | Prepare and file response to Motion for Relief from the Automatic Stay. | 0.30 | |
| 12/23/14 | Emails to/from clients re: HOA fees. | 0.20 | |
| 1/8/15 | Email from clients re: HOA fees. | 0.10 | |
| 1/20/15 | Receipt and review of Withdrawal of Motion for Relief from the Automatic Stay by Homewood Crossing. | 0.20 | |
| 1/21/15 | Prepare and file Agenda Letter. | 0.50 | |
| 1/22/15 | Travel to/from and Status Conference before Judge Rice. | 2.30 | |
| 2/23/15 | Review and file MORs (2). | 0.60 | |
| 3/25/15 | Review and file MOR. | 0.30 | |
| 3/26/15 | Emails to/from clients re: Disclosure Statement. | 0.20 | |
| 3/27/15 | Calculate IRS apportionment of claim. | 0.60 | |
| 3/29/15 | Draft Disclosure Statement and Plan (2.50). Email to clients re: same (0.10). | 2.60 | |
| 3/30/15 | Emails to/from clients re: Disclosure Statement (4). | 0.40 | |

C&P

Mr. Phillip C. Booth, Jr.
Ms. Robin L. Booth
October 6, 2016
Page 4
_____

| DATE | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|
| 3/31/15 | Emails to/from Mr. Bernstein and clients re: Disclosure Statement and Amended Schedule F (8) (0.80). Prepare Amended Schedule F (0.30). Telephone Conference with clients re: same (0.40). Prepare and file Consent Motion to Extend Time (0.50). | 2.00 | |
| 4/1/15 | Email from client re: Amended Schedule F. | 0.10 | |
| 4/2/15 | Email chambers re: scheduling. | 0.10 | |
| 4/3/15 | Email from chambers re: scheduling. | 0.10 | |
| 4/21/15 | Review and file MOR. | 0.40 | |
| 4/30/15 | Review and finalize Disclosure Statement and Plan (2.50). Telephone Conference with clients re: same (0.30). Emails to/from clients re: De Lange Laden Proof of Claim and Disclosure Statement (5) (0.50). | 3.30 | |
| 5/1/15 | Emails to/from clients re: Disclosure Statement. | 0.20 | |
| 5/6/15 | Email from chambers re: scheduling. | 0.10 | |
| 5/7/15 | Email to chambers re: scheduling. | 0.10 | |
| 5/11/15 | Email from clients re: threatened foreclosure. | 0.10 | |
| 5/13/15 | Emails to/from clients re: threatened foreclosure. | 0.20 | |
| 5/20/15 | Review and file MOR. Emails to/from clients re: threatened foreclosure (3). | 0.70 | |
| 5/29/15 | Emails to/from clients re: Disclosure Statement hearing (3). | 0.30 | |

C&P

Mr. Phillip C. Booth, Jr.
Ms. Robin L. Booth
October 6, 2016
Page 5

_____

| DATE | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|
| 6/11/15 | Emails to United States Trustee and to/from clients re: Objection to Disclosure Statement (3). | 0.30 | |
| 6/12/15 | Email from Mr. Bernstein re: Objection to Disclosure Statement. | 0.10 | |
| 6/22/15 | Telephone Conference with Mr. Bernstein re: Objection to Disclosure Statement (0.50). Telephone Conference with clients re: same (0.40). Emails to/from Mr. Bernstein re: same (0.20). | 1.10 | |
| 6/24/15 | Travel to/from and Disclosure Statement hearing before Judge Rice (2.50). Meeting with clients re: same (0.40). | 2.90 | |
| 6/26/15 | Revise Disclosure Statement and Plan (1.10). Emails to/from clients re: same (0.20). | 1.30 | |
| 6/29/15 | Receipt and review of revised information from clients. | 0.50 | |
| 6/30/15 | Emails from clients re: De Lange Laden Proof of Claim (3). | 0.30 | |
| 7/16/15 | Email from client re: HOA. | 0.10 | |
| 7/21/15 | Emails to/from client re: HOA. | 0.20 | |
| 7/22/15 | Email from client re: HOA. | 0.10 | |
| 7/27/15 | Revise Disclosure Statement (0.60). Prepare amended Schedules I and J (0.40). Emails to/from clients re: same (9) (0.90). | 1.90 | |

C&P

Mr. Phillip C. Booth, Jr.
Ms. Robin L. Booth
October 6, 2016
Page 6

_____

| DATE | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|
| 7/28/15 | Prepare and file 2 Motions to Avoid Lien and 1 Motion to Value (2.40). Telephone Conference with attorney for Wells Fargo re: stay issue (0.30). Telephone Conference with manager for Courtland Woods Circle property re: rental (0.30). Telephone Conference with client re: same (0.30). Emails to/from clients, United States Trustee and chambers re: Disclosure Statement and Proof of Claim (30) (3.00). Email from DeLange Laden counsel re: withdrawal of Proof of Claim (0.10). | 6.40 | |
| 7/29/15 | Travel to/from and hearing on Disclosure Statement before Judge Rice and meeting with Mr. Vetter (4.00). Revise Disclosure Statement and Plan (2.10). Emails to/from United States Trustee and client re: Disclosure Statement language (15) (1.50). | 7.60 | |
| 7/30/15 | Telephone Conference with clients re: Disclosure Statement hearing (0.30). Revise Plan language (0.50). Emails to/from clients and Mr. Vetter re: Plan language (9) (0.90). | 1.70 | |
| 7/31/15 | Revise Disclosure Statement. Emails to/from Mr. Vetter and chambers re: same (5). | 0.90 | |
| 8/3/15 | Telephone Conference with Ms. Ashrafi re: Wells Fargo and Selene. Emails to/from Ms. Ashrafi re: same. | 0.60 | |
| 8/10/15 | Prepare ballots (0.40). Prepare exhibits and service package (1.50). | 1.90 | |
| 8/27/15 | Email from American Express re: ballot. | 0.10 | |

C&P

Mr. Phillip C. Booth, Jr.
Ms. Robin L. Booth
October 6, 2016
Page 7

_____

| DATE | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|
| 8/28/15 | Email from client re: transfer of servicing. | 0.10 | |
| 9/1/15 | Email from client re: notices. | 0.10 | |
| 9/4/15 | Review Objections to Disclosure Statement from United States Trustee and IRS. Email to clients re: same. | 0.90 | |
| 9/8/15 | Receipt and review of Objections to Disclosure Statement from Wells Fargo and Christiana Trust. | 0.50 | |
| 9/23/15 | Email from client re: truck. | 0.10 | |
| 9/28/15 | Review and file MOR. Email from Ms. Ashrafi re: objection. | 0.50 | |
| 9/30/15 | Emails to/from Ms. Ashrafi re: objection (3). | 0.30 | |
| 10/1/15 | Telephone Conference with Ms. Ashrafi re: objection. Emails to/from client re: same. | 0.60 | |
| 10/5/15 | Emails to/from chambers re: scheduling (4). | 0.40 | |
| 10/6/15 | Email from chambers re: scheduling; to Ms. Williamson re: plan treatment. | 0.20 | |
| 10/15/15 | Email from Mr. Bernstein re: exhibits; to/from clients re: hearing (4). | 0.40 | |
| 10/16/15 | Telephone Conferences with IRS re: Plan treatment (0.60). Telephone Conferences with Ms. Ashrafi re: Confirmation Hearing (0.60). Telephone Conference with clients re: same (0.30). Emails to/from clients, Mr. Bernstein and Ms. Ashrafi re: withdrawal of Disclosure Statement and Plan (4) (0.40). File withdrawal of Disclosure Statement and Plan (0.20). | 2.10 | |

C&P

C&P

Mr. Phillip C. Booth, Jr.
Ms. Robin L. Booth
October 6, 2016
Page 8
_____

| DATE | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|
| 10/19/15 | Telephone Conference with clients re: Disclosure Statement and Plan. Emails to/from United States Trustee re: Disclosure Statement and Plan; Email to Ms. Ashrafi re: plan treatment. | 0.80 | |
| 10/22/15 | Emails to/from clients re: expenses. | 0.20 | |
| 10/23/15 | Email from Ms. Ashrafi re: plan treatment. | 0.10 | |
| 10/28/15 | Review and file MOR. | 0.40 | |
| 10/29/15 | Receipt and review of OSC. | 0.20 | |
| 11/20/15 | Emails to/from clients re: amended Disclosure Statement and Plan (3). | 0.30 | |
| 11/22/15 | Revise Disclosure Statement and Plan. | 0.80 | |
| 11/23/15 | Telephone Conference with Ms. Ashrafi re: plan treatment. Emails to/from clients re: same. | 0.50 | |
| 11/30/15 | Emails to/from clients re: Disclosure Statement. | 0.20 | |
| 12/4/15 | Email from United States Trustee re: quarterly fees. | 0.10 | |
| 12/28/15 | Emails to/from Mr. Bernstein re: Amended Disclosure Statement and Plan (3). | 0.30 | |
| 12/29/15 | Emails to/from Ms. Ashrafi and clients re: plan treatment (5). | 0.50 | |
| 1/3/16 | Review Objection to Disclosure Statement and Motion to Dismiss or Convert from United States Trustee. | 0.50 | |
| 1/4/16 | Review and file MORs (2) (0.80). Prepare red-line copies of Disclosure Statement and Plan (0.50). Emails to/from chambers re: same (0.20). | 1.50 | |

C&P

Mr. Phillip C. Booth, Jr.
Ms. Robin L. Booth
October 6, 2016
Page 9

_____

| DATE | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|
| 1/15/16 | Prepare and file Emergency Motion to Continue (0.60). Emails to/from counsel and clients re: continuance (7) (0.70). | 1.30 | |
| 1/16/16 | Email from Mr. Bernstein re: Motion. | 0.10 | |
| 2/2/16 | Review and file MOR (0.40). Telephone Conference with Mr. Bernstein re: hearing (0.30). Telephone Conference with client re: same (0.50). Prepare for hearing (1.00). Email from Mr. Bernstein re: objection (0.10). | 2.30 | |
| 2/3/16 | Travel to/from and Disclosure Statement hearing before Judge Rice. | 2.50 | |
| 2/4/16 | Revise Disclosure Statement and Plan. | 1.60 | |
| 2/5/16 | Prepare and file Notice to Creditors Whose Claims are Disputed (0.20). Telephone Conference with clients re: Disclosure Statement (0.20). Revise Disclosure Statement and Plan and prepare 5-year projections (2.40). Email to Mr. Bernstein re: Disclosure Statement (0.10). | 2.90 | |
| 2/8/16 | Email from Mr. Bernstein re: Disclosure Statement. | 0.10 | |
| 2/11/16 | Prepare red-line copies of Disclosure Statement and Plan. Emails to/from chambers re: same. | 0.70 | |
| 2/17/16 | Review and file MOR. | 0.40 | |
| 3/6/16 | Prepare ballots and revise Matrix for service of Disclosure Statement and Plan. | 0.60 | |
| 3/7/16 | Emails to/from clients re: IRS treatment in Plan (4). | 0.40 | |

C&P

C&P

Mr. Phillip C. Booth, Jr.
Ms. Robin L. Booth
October 6, 2016
Page 10

_____

| DATE | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|
| 3/21/16 | Review and file MOR. | 0.40 | |
| 3/23/16 | Email from Ms. Jones (IRS) re: requested changes to Plan. | 0.10 | |
| 3/29/16 | Email from American Express re: ballot. | 0.10 | |
| 3/30/16 | Telephone Conference with client re: IRS issues. | 0.30 | |
| 3/31/16 | Receipt and review of Objection to Confirmation from IRS (0.50). Telephone Conference with Ms. Jones re: IRS treatment in Plan (0.30). Revise Plan re: same (0.50). Emails to/from Ms. Jones re: IRS treatment in Plan (8) (0.80). | 2.10 | |
| 4/4/16 | Email from client re: IRS. Email from Ms. Ashrafi re: plan treatment. | 0.20 | |
| 4/5/16 | Prepare and file Tally of Ballots. Emails to/from client re: plan treatment. | 0.50 | |
| 4/6/16 | Telephone Conferences with clients re: confirmation and IRS issues (0.50). Telephone Conferences with Ms. Jones re: IRS issues (0.50). Telephone Conferences with Ms. Ashrafi re: objection (0.60). Draft Confirmation Order (0.90). Prepare for Confirmation Hearing (0.70). Emails to/from clients re: confirmation hearing and to/from Ms. Ashrafi re: plan treatment (8) (0.80). | 4.10 | |
| 4/7/16 | Travel to/from and Confirmation Hearing before Judge Rice and meetings with Ms. Ashrafi and clients re: same (3.70). Emails to Ms. Ashrafi and Ms. Jones re: confirmation (0.20). | 3.90 | |
| 4/8/16 | Email from Ms. Ashrafi re: mortgage. | 0.10 | |

C&P

C&P

Mr. Phillip C. Booth, Jr.
Ms. Robin L. Booth
October 6, 2016
Page 11
_____

| DATE | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|
| 5/3/16 | Email from Ms. Ashrafi re: mortgage. | 0.10 | |
| 5/9/16 | Emails to/from clients re: IRS (8). | 0.80 | |
| 5/18/16 | Email from clients re: IRS. | 0.10 | |
| 5/19/16 | Emails from Ms. Jakarra (IRS) and client re: IRS. | 0.20 | |
| 5/23/16 | Receipt and review of MORs (2). | 0.60 | |
| 5/24/16 | Telephone Conference with Ms. Marquardt (IRS) re: payment and Order. | 0.50 | |
| 5/25/16 | Emails to/from clients re: IRS (3). | 0.30 | |
| 5/26/16 | Telephone Conference with Ms. Marquardt re: Confirmation Order. Telephone Conference with clients re: same. | 0.90 | |
| 6/1/16 | Emails to/from Mr. Bernstein, clients and Ms. Marquardt re: IRS and Confirmation Order (9). | 0.90 | |
| 6/2/16 | Telephone Conference with clients re: assessment. Emails to/from clients and Ms. Marquardt re: IRS payment (5). | 0.70 | |
| 6/3/16 | Email from Ms. Marquardt re: IRS payment. | 0.10 | |
| 6/13/16 | Emails to/from clients re: IRS. | 0.30 | |
| 6/14/16 | Email from clients re: car. | 0.10 | |
| 6/15/16 | Emails to/from clients re: car. | 0.20 | |
| 6/24/16 | Email from Mr. Bernstein re: Confirmation Order. | 0.10 | |
| 7/5/16 | Email to/from Mr. Bernstein and Ms. Marquardt re: Confirmation Order (4). | 0.40 | |

C&P

Mr. Phillip C. Booth, Jr.
Ms. Robin L. Booth
October 6, 2016
Page 12

_____

| DATE | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|
| 7/6/16 | Emails to/from Ms. Marquardt re: IRS payment. | 0.20 | |
| 7/20/16 | Emails to/from chambers re: status of Confirmation Order. | 0.20 | |
| 7/21/16 | Email from chambers re: status of Confirmation Order. | 0.10 | |
| 7/22/16 | Emails to/from Ms. Marquardt and clients re: IRS payment (3). | 0.30 | |
| 7/24/16 | Emails to/from clients re: Confirmation Order. | 0.20 | |
| 7/26/16 | Emails to/from clients re: IRS payment (3). | 0.30 | |
| 8/8/16 | Receipt and review of revised IRS Proof of Claim. Email to clients. | 0.30 | |
| 8/11/16 | Emails to/from clients re: IRS payment. | 0.20 | |
| 9/14/16 | Emails to/from clients re: IRS payment (3). | 0.30 | |
| 9/15/16 | Telephone Conference with clients re: IRS and Motion to Dismiss. Emails to/from clients re: IRS payment. | 0.40 | |
| 9/19/16 | Email from client re: IRS assessment. Review same. | 0.30 | |
| 9/20/16 | Telephone Conference with Mr. Bernstein (0.30). Prepare and file Opposition to Motion to Dismiss/Convert (0.60). Emails to/from clients and Mr. Bernstein re: Motion to Dismiss and MORs (8) (0.80). | 1.70 | |
| 9/21/16 | Emails from clients re: MORs (0.10). Review and file MORs (4) (1.20). | 1.30 | |

C&P

Mr. Phillip C. Booth, Jr.
Ms. Robin L. Booth
October 6, 2016
Page 13
_____

| DATE | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|
| 9/27/16 | Telephone Conference with Mr. Bernstein re: Motion to Dismiss (0.30). Emails to/from clients, Mr. Bernstein and chambers re: hearing (6) (0.60). Receipt and review of Amended IRS Proof of Claim (0.30). Revise and upload Confirmation Order (0.50). | 1.70 | |
| 9/28/16 | Telephone Conferences with Ms. Marquardt re: Confirmation Order (0.70). Emails to/from Ms. Marquardt and chambers re: same (2) (0.20). Prepare Post-Confirmation Letter (1.40). | 2.30 | |
| 9/29/16 | Telephone Conferences with Ms. Marquardt re: monthly IRS payment (3) (0.90). Emails to/from Mr. Bernstein, clients, chambers, and Ms. Marquardt re: same and Confirmation Order (19) (1.90). Revise and upload Confirmation Order (0.30). Revise and finalize Post-Confirmation Letter (1.00). | 4.10 | |
| 9/29/16 | Emails to/from Ms. Marquardt re: Withdrawal of IRS Motion. | 0.20 | |
| | **Total professional services rendered:** | 119.20 | $59,004.00 |
| | *Costs and expenses:* | | |
| | Copies (6,078 @ $0.25) | $1,519.50 | |
| | PACER | $8.40 | |
| | Postage | $127.84 | |
| | Parking | $250.00 | $1,905.74 |
| | **Total Fees and Costs:** | | $60,909.74 |

C&P



Mr. Phillip C. Booth, Jr.
Ms. Robin L. Booth
October 6, 2016
Page 14

_____

| DATE | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|
| 12/7/13 | Deposit to Trust Account | | $5,000.00 |
| 1/6/14 | Deposit to Trust Account | | $5,000.00 |
| 3/1/14 | Deposit to Trust Account | | $10,000.00 |
| 7/2/14 | Payment of Pre-petition fees and costs | | ($6,939.50) |
| | Balance in Trust Account | | $13,060.50 |
| | **TOTAL BALANCE DUE:** | | **$47,849.24** |